

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Williams & Cochrane, LLP

**Plaintiff,**

**V.**

Quechan Tribe of the Fort Yuma Indian Reservation  et al

**Defendant.**

FILED

7/17/2017

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:           L. Fincher , Deputy

**Civil No.**  17-cv-1436-GPC-MDD

**STRICKEN DOCUMENT:**

Complaint

**Per Order #     3**

1