EXHIBIT 42

### Outcome and Contingency

Opinions about the outcome of a legal matter are our best professional estimates; they are necessarily limited by our knowledge of facts and law at the time the opinions are expressed. Unless specifically stated in a separate writing, signed by both of us, payment for our services is not contingent on the outcome of any matter.

### Estimates or Quotations

If requested, and when feasible, we will provide the Client with an estimate of the cost of our services. When estimates are given, unless otherwise specified in writing, they are not maximum or minimum or fixed quotations. The ultimate cost may be more or less than the estimate. The accuracy of our estimates may vary, depending on facts or circumstances beyond our control, such as the decisions of a court or the actions of third parties.

### Fees and Billing

The Firm will provide the Client with a detailed monthly statement of services performed on this matter which time will be billed on a Flat Fee Basis of Two Hundred Fifty Thousand $250,000.00. The fee shall be a Contingency Fee, which shall be paid to Firm as follows:

- Fifty Thousand Dollars ($50,000.00) upon the execution of the Transaction Documents, which are the closing legal agreements that set forth the rights and obligations of the parties and which virtually guaranty the live launch of the on-line lending operation;
- Ten Thousand Dollars ($10,000.00) per month for each successive twenty (20) months beginning from the first month of the on-line lending operation launch to the public.
- In addition, travel costs will be reimbursed by the Client for the attorney to travel to the Client when requested by Client. Such expenses shall be collected upon the execution of the Transaction Documents when the Client pays the $50,000 payment set forth above.

The attorneys who will have primary responsibility for this matter are Robert A. Rosette and Nicole St. Germain. The time devoted to the Client's matter may include consultations with others (including others in our office), correspondence, meetings, telephone calls, negotiations, factual investigations and analysis, legal research and analysis, document preparation and revision, travel away from the office on the Client's behalf, and all other work related to the Client's matters.

We record our time in one-tenth hour (six minute) increments. As circumstances require the services of lawyers in the firm with special skills or experience may be sought when that will either (a) reduce the legal expense to the Client, (b) provide a specialized legal skill needed, or (c) help move the matter forward more quickly.

**Ex 42**
**800**