# EXHIBIT 47

