# TABLE OF EXHIBITS TO COMPLAINT

[Documents noted with an asterisk were previously filed under seal pursuant to the Court's Order [Dkt. 9] and will be filed under seal again with this First Amended Complaint and thus excluded in whole or in part from the Docket version]

| EX. NO. | DOCUMENT | PAGE |
|---|---|---|
| 1 | Series of July 2011 e-mails between Robert Rosette and the State of California's then-compact negotiator Jacob Appelsmith | 001 |
| 2 | September 29, 2016 "Attorney-Client Fee Agreement" between Williams & Cochrane and Quechan Tribe | 004 |
| 3 | September 29, 2016 Quechan Resolution No. "R-195-16" | 010 |
| 4 | June 26, 2017 letter from putative Quechan President Keeny Escalanti to Williams & Cochrane | 012 |
| 5 | June 30, 2017 letter from putative Quechan President Keeny Escalanti to Williams & Cochrane | 015 |
| 6 | June 28, 2017 screen capture of the website biography for Robert Rosette | 022 |
| 7 | August 25, 2014 screen capture of the website biography for Robert Rosette from the Internet Archive (*see* https://archive.org/web/) | 022 |
| 8 | Excerpted "Tribal-State Compact between the State of California and the Quechan Indian Nation" (i.e., one of the many substantively-identical 1999 Compacts) | 024 |
| 9 | Excerpted "Amendment to Tribal-State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation" | 034 |
| 10 | Spreadsheet entitled "Quechan Casino Resort, California Casino Gaming Commission, Quarterly Regulatory Payments" (prepared by Quechan Casino Resort's CFO Phil Simons) | 044 |
| 11 | October 17, 2016 letter from the Office of the Governor's Senior Advisor for Tribal Negotiations Joe Dhillon to Cheryl A. Williams**\*** | 046 |
| 12 | December 6, 2016 draft "Tribal-State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation"**\*** | 047 |
| 13 | Sample "Regulatory Cost Reimbursement Invoice" (accompanying the December 6th draft compact in Exhibit 12 above)**\*** | 185 |

| | | |
|---|---|---|
| 14 | December 6, 2016 letter from the Office of the Governor's Senior Advisor for Tribal Negotiations Joe Dhillon to Quechan President Mike Jackson* | 187 |
| 15 | March 9, 2017 letter from CGCC Executive Director Stacy Luna Baxter to President Mike Jackson* | 189 |
| 16 | April 12, 2017 letter from CGCC Executive Director Stacy Lunda Baxter to the "Honorable Keeny Escalanti Sr., President Quechan Indian Nation"* | 192 |
| 17 | Excerpts of the May 12, 2017 draft "Tribal State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation"* | 194 |
| 18 | May 19, 2017 draft "Tribal State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation"* | 199 |
| 19 | June 21, 2017 draft "Tribal State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation"* | 347 |
| 20 | February 3, 2010 "First Amended Complaint" in *Twenty-Nine Palms Band of Mission Indians of Cal. v. Edwards, Kovall, Rosette, et al.,* No. 30-2009 00311045 (Orange County Sup. Ct. Feb. 3, 2010) | 500 |
| 21 | March 24, 2012 "Order Granting Rosette Defendants' Motion for Determination of Good Faith Settlement" in *Twenty-Nine Palms Band of Mission Indians of Cal. v. Edwards, Kovall, Rosette, et al.*, No. 30-2009 00311045 (Orange County Sup. Ct. Feb. 3, 2010) | 564 |
| 22 | March 24, 2012 "Order Granting Motion of the Rosette Defendants to Permanently Seal Confidential Portions of their Motion for Determination of Good Faith Settlement" in *Twenty-Nine Palms Band of Mission Indians of Cal. v. Edwards, Kovall, Rosette, et al.*, No. 30-2009 00311045 (Orange County Sup. Ct. Feb. 3, 2010) | 570 |
| 23 | April 21, 2011 letter from Edmond Tilousi, the Tribal Vice-Chairman for the Havasupai Tribal Council, to Robert Rosette | 576 |
| 24 | June 28, 1968 "Articles of Association of the Pauma Band of Mission Indians" | 577 |
| 25 | May 24, 2007 "Attorney Services Agreement" between Pauma and Rosette & Associates, PC | 584 |

| 26 | Excerpts of the 2009 "Tribal State Compact between the State of California and the Habematolel Pomo of Upper Lake" | 588 |
|---|---|---|
| 27 | August 17, 2010 letter from Assistant Secretary – Indian Affairs Larry Echo Hawk to Upper Lake Chairperson Sherry Treppa | 595 |
| 28 | Excerpts of the March 17, 2011 "Tribal State Compact between the State of California and the Habematolel Pomo of Upper Lake" | 601 |
| 29 | March 24, 2011 E-mail from Robert Rosette to Scott Crowell | 610 |
| 30 | December 19, 2012 Global Gaming Business Magazine article entitled "Legal Eagle: Rob Rosette" | 615 |
| 31 | Home page of the Global Gaming Business Magazine website as it appeared on January 5, 2013 | 616 |
| 32 | June 23, 2010 letter from Robert Rosette to Christobal Devers, then-Chairman of Pauma | 621 |
| 33 | August 2, 2010 Memorandum from Rosette & Associates, PC to La Pena Law Corporation | 623 |
| 34 | August 15, 2010 E-mail from Michelle La Pena to Kevin Cochrane | 628 |
| 35 | August 23, 2011 E-mail from Robert Rosette to various members of the Pauma Tribal Council | 631 |
| 36 | Draft August 23, 2011 letter purportedly from Pauma's then-Secretary/Treasurer Bennae Calac to Robert Rosette (prepared by Robert Rosette and attached to the August 23rd e-mail in Exhibit 35 above) | 632 |
| 37 | Draft August 23, 2011 letter purportedly from Pauma's then-Secretary/Treasurer Bennae Calac to Jacob Appelsmith (prepared by Robert Rosette and attached to the August 23rd e-mail in Exhibit 35 above) | 634 |
| 38 | ██████████████████████████████ * | 635 |
| 39 | November 18, 1974 "Constitution and By-Laws of the Quechan Tribe of the Fort Yuma Reservation California" | 638 |
| 40 | September 5, 2017 press release issued by Robert Rosette entitled, "Governor Brown and the Fort Yuma Quechan Indian Tribe Sign New Tribal-State Gaming Compact" and the substantively-identical September 1, 2017 "press release" that was placed on the Rosette, LLP website | 651 |

| 41 | "Tribal-State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation" (August 2017) | 653 |
| --- | --- | --- |
| 42 | Image from the "LCO Today" website that claims to be an excerpt of the attorney-client fee agreement between Rosette LLP and Lake Vieux Desert Band of Lake Superior Chippewa Indians | 800 |
| 43 | Excerpts of the Lake Vieux Desert Band of Lake Superior Chippewa Indians' "Tribal Consumer Financial Services Regulatory Code" | 801 |
| 44 | Document properties for the PDF of the foregoing Exhibit 43 "Tribal Consumer Financial Services Regulatory Code" | 809 |
| 45 | Images from the "LCO Today" website that claim to be excerpts of the "Operating Agreement of Lac Courte Oreilles Financial Services, LLC" | 810 |
| 46 | October 6, 2016 letter from Representative Sean P. Duffy to then-U.S. Department of the Interior Secretary Sally Jewel, amongst others | 812 |
| 47 | February 1, 2018 presentation by Robert Rosette at the "Wiring the Rez: Innovative Strategies for Business Development Via E-Commerce" conference held in Phoenix, Arizona | 814 |
| 48 | January 12, 2018 Yuma Sun article entitled "Quechan council members survive recall effort" | 815 |
| 49 | January 26, 2018 Yuma Sun article entitled "Results of Quechan Tribe's recall vote thrown out" | 816 |