EXHIBIT 28

SEAN P. DUFFY
7TH DISTRICT, WISCONSIN

COMMITTEE ON
FINANCIAL SERVICES
SUBCOMMITTEES:
CHAIRMAN, OVERSIGHT
AND INVESTIGATIONS

CAPITAL MARKETS AND
GOVERNMENT SPONSORED ENTERPRISES

WASHINGTON
1208 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–4907
PH: (202) 225–3365  •  TOLL-FREE: 1–855–585–4251
WEBSITE: duffy.house.gov



## Congress of the United States
### House of Representatives

October 6, 2016

The Honorable Sally Jewell
Secretary
U.S. Department of Interior
1849 C Street, NW
Washington, D.C. 20240

The Honorable Julián Castro
Secretary
Department of Housing and Urban
Development
451 7th Street, NW
Washington, D.C. 20410

The Honorable Lawrence S. Roberts
Assistant Secretary
Bureau of Indian Affairs- MS-3642-MIB
1849 C Street, NW
Washington, D.C. 20240

The Honorable Sylvia Mathews Burwell
Secretary
Department of Health and Human Services
200 Independence Avenue, SW
Washington, D.C. 20201

Dear Secretary Jewell, Assistant Secretary Lawrence Roberts, Secretary Castro, and Secretary
Burwell,

On behalf of tribal members in my district, I write you today to request the Department of
Interior, Bureau of Indian Affairs (BIA), the Department of Housing and Urban Development
(HUD) and the Department of Health and Human Services (HHS) initiate a forensic audit of all
Tribal Accounts and Programs of the Lac Courte Oreilles (LCO) Band of Lake Superior
Chippewas.

On September 26, 2016, the Lac Courte Oreilles Band of Lake Superior Ojibwe delivered to my
office a petition signed by over 113 members of the tribe.[1]  The petition requested a fully
independent forensic audit of all accounts, departments and agencies of or related to tribal
activities.  Programs of concern include Housing, LCO Schools, Health Clinic, and Casino.
The petition, which I fully support, requests that all audits of tribal financial activities be
conducted in conjunction and with the oversight of all applicable federal agencies, including but
not limited to BIA, HUD and HHS.   The petition goes on to request that such audits be
conducted in a timely manner as agreed upon by all parties and that the results are available to all
members of the Lac Courte Oreilles tribe.

---

[1] *See* Petition for Open and Transparent Government, Lac Courte Oreilles Tribal Members, September 26, 2016.

WAUSAU
208 GRAND AVENUE
WAUSAU, WI 54403
PH: (715) 298–9344  •  FAX: (715) 298–9348

SUPERIOR
823 BELKNAP STREET, SUITE 225
SUPERIOR, WI 54880
PH: (715) 392–3984  •  FAX: (715) 392–3999

HUDSON
502 2ND STREET, SUITE 202
HUDSON, WI 54016
PH: (715) 808–8160  •  FAX: (715) 808–8167

I take these concerns about mismanagement by the LCO Tribal Governing Board extremely seriously. The allegedly misappropriated funds should have been used to pay for essential services for the tribal community such as education, healthcare and housing. Instead, health insurance premiums have gone unpaid, schools have fallen into disrepair, and mold contaminations in homes have been left untreated. Members of the Lac Courte Oreilles tribe deserve to know funds provided to their tribe by the U.S. federal government are being spent in an open, accountable and transparent manner. A timely and comprehensive forensic audit of the LCO's tribal accounts will ensure that all funds are accounted for and being put to the best use possible.

I respectfully request a response by not later than October 20, 2016. If you have any questions please do not hesitate to reach out to my office.

Sincerely,

Sean P. Duffy
Member of Congress