1  Cheryl A. Williams (Cal. Bar No. 193532)
   Kevin M. Cochrane (Cal. Bar No. 255266)
2  caw@williamscochrane.com
   kmc@williamscochrane.com
3  WILLIAMS & COCHRANE, LLP
   125 S. Highway 101
4  Solana Beach, CA 92075
   Telephone: (619) 793-4809
5

6  Attorneys for Plaintiff
   WILLIAMS & COCHRANE, LLP
7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | **WILLIAMS & COCHRANE, LLP**; | Case No.: 17-CV-01436 GPC MSB
12 | vs. | **DECLARATION OF CHERYL A. WILLIAMS IN SUPPORT OF WILLIAMS & COCHRANE'S MOTION FOR SUMMARY JUDGMENT AND ENTRY OF FINAL JUDGMENT ON THE THIRD CLAIM FOR RELIEF IN THE THIRD AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 56(A) AND 54(B), RESPECTIVELY**
13 | **ROBERT ROSETTE**; **ROSETTE & ASSOCIATES, PC**; **ROSETTE, LLP**; **RICHARD ARMSTRONG**; **QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION**, *a federally-recognized Indian tribe*; and **DOES 1 TO 100**. |

18

19 | **FRANCISCO AGUILAR, MILO BARLEY, GLORIA COSTA, GEORGE DECORSE, SALLY DECORSE**, *et al., on behalf of themselves and all those similarly situated*; | Judge:      Hon. Gonzalo P. Curiel
                                                                                                                                                              Courtroom: 2D
                                                                                                                                                              Date:        August 30, 2019
                                                                                                                                                              Time:        1:30 PM

                                                                                                                                                              **[ACTION FILED JULY 17, 2017]**
23 | vs. |
24 | **ROBERT ROSETTE**; **ROSETTE & ASSOCIATES, PC**; **RICHARD ARMSTRONG**; *and* **DOES 1 TO 100**. |

26

27

28

Case No.: 17-CV-01436 GPC MSB
WILLIAMS DECL. ISO MOT. FOR SUMM. J. AND ENTRY OF FINAL J. (CLAIM 3)

1  I, CHERYL A. WILLIAMS, declare as follows:

2  1.  I am an attorney duly licensed to practice before all the courts of the State of California and the United States District Court for the Southern District of California. I am a partner with the law firm of Williams & Cochrane LLP (the "Firm"), the plaintiff in this action, and I am also counsel for the Firm in this action. I am competent to testify and base this declaration on personal knowledge and the records of the Firm. I submit this declaration in support of Williams & Cochrane's Motion for Summary Judgment and Entry of Final Judgment on the Third Claim for Relief in the Third Amended Complaint Pursuant to Federal Rules of Civil Procedure 56(a) and 54(b), respectively ("Motion").

2.  Attached hereto as Exhibit 1 is a true and correct copy of a May 24, 2019 screen capture from the commercial website for Mr. Robert Rosette and Rosette LLP located at https://www.rosettelaw.com/our-firm/ (Last visited May 27, 2019).

3.  Attached hereto as Exhibit 2 is a true and correct copy of a May 27, 2019 screen capture from the website for Williams & Cochrane LLP located at https://www.williamscochrane.com/ (Last visited May 27, 2019).

4.  Attached hereto as Exhibit 3 is a true and correct excerpted copy of Complaint of Pauma Band of Mission Indians for Equitable, Declaratory and Injunctive Relief, which I drafted and caused to be filed on September 4, 2009 in the action entitled, *Pauma v. California*, No. 09-01955, Dkt. No. 1 (S.D. Cal. September 4, 2009).

5.  Attached hereto as Exhibit 4 is a true and correct copy of July 26, 27, & 28, 2011 e-mails between Robert Rosette and the State of California's then-compact negotiator Jacob Appelsmith.

6.  Attached hereto as Exhibit 5 is a true and correct excerpted and highlighted copy of Declaration of Robert Rosette in Support of Rosette Defendants' Special Motion to Strike Plaintiff's Eighth and Ninth Claims for Relief Pursuant to California Civil Procedure Code Section 425.16 filed in this action on February 9, 2018 as Docket number 31-2.

7.  Attached hereto as Exhibit 6 is a true and correct copy of a June 28, 2017

1       Case No.: 17-CV-01436 GPC MSB
WILLIAMS DECL. ISO MOT. FOR SUMM. J. AND ENTRY OF FINAL J. (CLAIM 3)

screen capture of the website biography for Robert Rosette which was obtained from the commercial website for Mr. Robert Rosette and Rosette LLP located at http://www.rosettelaw.com/attorney-bio-rosette.html (Last visited June 28, 2017).

8. Attached hereto as Exhibit 7 is a true and correct copy of an August 25, 2014 screen capture of the website biography for Robert Rosette from the website for Rosette, LLP on the Internet Archive (*see* https://archive.org/web/) located at https://web.archive.org/web/20150710013719/http://www.rosettelaw.com/attorney-bio-rosette.html (Last visited May 19, 2019).

9. Attached hereto as Exhibit 8 is a true and correct copy of Declaration of Christian Cienfuegos (with excerpted exhibits) filed in this action on April 6, 2018 as Docket number 54-2.

10. Attached hereto as Exhibit 9 is a true and correct excerpted copy of Notice of Amended Motion and Amended Motion for Preliminary Injunction to Prevent Enforcement of Compact Payment Provisions which I drafted and caused to be filed on March 29, 2010 in the action entitled, *Pauma v. California*, No. 09-01955, Dkt. No. 34 (S.D. Cal. March 10, 2010).

11. Attached hereto as Exhibit 10 is a true and correct copy of Order Granting Plaintiff's Motion for Injunctive Relief Regarding Compact Payments issued on April 12, 2010 in the action entitled, *Pauma v. California*, No. 09-01955, Dkt. No. 44 (S.D. Cal. April 12, 2010).

12. Attached hereto as Exhibit 11 is a true and correct excerpted copy of Appellee's Response in Opposition to Appellant's Motion for Stay Pending Appeal filed on June 11, 2010 in the action entitled, *Pauma v. California*, No. 10-55713, Dkt. No. 15 (9th Cir. June 11, 2010).

13. Attached hereto as Exhibit 12 is a true and correct copy of an Order issued on July 28, 2010 in the action entitled, *Pauma v. California*, No. 10-55713, Dkt. No. 39 (9th Cir. July 28, 2010).

14. Attached hereto as Exhibit 13 is a true and correct excerpted copy of

Emergency Motion Under Circuit Rule 27-3, which I filed on August 17, 2010 in the action entitled, *Pauma v. California*, No. 10-55713, Dkt. No. 51-1 (9th Cir. August 17, 2010).

15. Attached hereto as Exhibit 14 is a true and correct copy of the Order issued on August 23, 2010 in the action entitled, *Pauma v. California*, No. 10-55713, Dkt. No. 62 (9th Cir. August 23, 2010).

16. Attached hereto as Exhibit 15 is a true and correct copy of the Order issued on November 30, 2010 in the action entitled, *Pauma v. California*, No. 10-55713, Dkt. No. 64-1 (9th Cir. November 30, 2010).

17. Attached hereto as Exhibit 16 is a true and correct excerpted copy of First Amended Complaint of Plaintiff Pauma Band of Mission Indians for Injunctive and Other Equitable Relief which I filed on September 9, 2011 in the action entitled, *Pauma v. California*, No. 09-01955, Dkt. No. 130 (S.D. Cal. September 9, 2011).

18. Attached hereto as Exhibit 17 is a true and correct excerpted copy of Order Granting in Part and Denying in Part the Parties' Cross-Motions for Summary Judgment issued on March 18, 2013 in the action entitled, *Pauma v. California*, No. 09-01955, Dkt. No. 227 (S.D. Cal. March 18, 2013).

19. Attached hereto as Exhibit 18 is a true and correct copy of the online Docket from the electronic PACER service for the United States District Court for the Southern District of California in the action entitled, *Pauma v. California*, No. 09-01955, Dkt. Nos. 1 to 322 (S.D. Cal. September 4, 2009 to August 10, 2016).

20. Attached hereto as Exhibit 19 is a true and correct copy of the online Docket from the electronic PACER service for the United States Court of Appeals for Ninth Circuit in the action entitled, *Pauma v. California,* No. 14-56104 & 14-56105, Dkt. Nos. 1 to 68 (9th Cir. July 10, 2014 to June 28, 2016).

21. Attached hereto as Exhibit 20 is a true and correct excerpted copy of the certified transcript of the Videotaped Deposition of Robert Rosette taken on October 26, 2010 in the action entitled, *Pauma Band of Luiseno Mission Indians of the Pauma Yuima*

3   Case No.: 17-CV-01436 GPC MSB
WILLIAMS DECL. ISO MOT. FOR SUMM. J. AND ENTRY OF FINAL J. (CLAIM 3)

*Reservation, Cal. v. Harrah's Operating Co.*, No. GIC847406 (San Diego County Sup. Ct. 2012).

22. Attached hereto as Exhibit 21 is a true and correct copy of a September 9, 2016 news article from the San Diego Union Tribune entitled, "California pays tribe $36 million to settle years-old fight", which is publicly available at the newspaper's website located at https://www.sandiegouniontribune.com/sdut-california-pays-tribe-36-million-to-settle-years-2016sep09-story.html (Last visited May 21, 2019).

23. Attached hereto as Exhibit 22 is a true and correct copy of an August 23, 2016 news article from the Sacramento Bee entitled, "A Schwarzenegger-era casino deal will cost State $36.3 million", which is publicly available at the newspaper's website located at https://www.sacbee.com/news/politics-government/capitol-alert/article97452877.html (Last visited May 21, 2019).

24. Attached hereto as Exhibit 23 is a true and correct copy of the September 29, 2016 "Attorney-Client Fee Agreement" between Williams & Cochrane LLP and the Quechan Tribe.

25. Attached hereto as Exhibit 24 is a true and correct excerpted and highlighted copy of The Quechan Tribe's Answer to Plaintiffs' Third Amended Complaint and Counterclaims filed in this action on December 20, 2018 as Docket No. 182.

26. Attached hereto as Exhibit 25 is a true and correct copy of the excerpted and highlighted Declaration of President Keeny Escalanti, Sr. filed in this action on February 9, 2018 as Docket No. 29-2.

27. Attached hereto as Exhibit 26 is a true and correct excerpted copy of the "Amendment to Tribal-State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation" (executed in June 2006), which is publicly available at the website for the California Gambling Control Commission located at http://www.cgcc.ca.gov/documents/compacts/amended_compacts/Quechan Compact 6-26-06 Ratified.pdf.

28. Attached hereto as Exhibit 27 is a true and correct excerpted copy of

4        Case No.: 17-CV-01436 GPC MSB
WILLIAMS DECL. ISO MOT. FOR SUMM. J. AND ENTRY OF FINAL J. (CLAIM 3)

1  December 6, 2016 draft "Tribal-State Compact between the State of California and the
2  Quechan Tribe of the Fort Yuma Indian Reservation", which was sent to me via email by
3  the Office of the Governor's Senior Advisor for Tribal Negotiations, Joe Dhillon.

4      29.    Attached hereto as Exhibit 28 is a true and correct copy of Sample
5  "Regulatory Cost Reimbursement Invoice", which was sent to me via email from Joe
6  Dhillon with the December 6, 2016 draft compact in Exhibit 27 above.

7      30.    Attached hereto as Exhibit 29 is a true and correct copy a December 6, 2016
8  letter from the Office of the Governor's Senior Advisor for Tribal Negotiations Joe
9  Dhillon to Quechan President Mike Jackson, which was also sent to me via email from
10  Joe Dhillon with exhibits 27 and 28 above.

11      31.    Attached hereto as Exhibit 30 is a true and correct copy of a Spreadsheet
12  entitled "Quechan Casino Resort, California Casino Gaming Commission, Quarterly
13  Regulatory Payments", which was prepared and sent to me by Quechan Casino Resort's
14  CFO Phil Simons.

15      32.    Attached hereto as Exhibit 31 is a true and correct copy of an email I sent to
16  Sara Drake, Senior Assistant Attorney General for the State of California, on June 21,
17  2017.

18      33.    Attached hereto as Exhibit 32 is a true and correct copy of a June 26, 2017
19  letter from putative Quechan President Keeny Escalanti to Williams & Cochrane LLP.

20      34.    Attached hereto as Exhibit 33 is a true and correct copy of an email I
21  received on June 27, 2017 from Cecilia Zamora, an associate attorney with Rosette LLP.

22      35.    Attached hereto as Exhibit 34 is a true and correct copy of the Notice from
23  the Department of the Interior, Bureau of Indian Affairs regarding "Tribal-State Class III
24  Gaming Compacts Taking Effect in the State of California" published in the Federal
25  Register, Volume 83, Number 14, dated January 22, 2018, which is publicly available at
26  the following governmental website: https://www.govinfo.gov/content/pkg/FR-2018-01-
27  22/pdf/2018-01058.pdf (Last visited May 21, 2019).

28      I declare under penalty of perjury under the laws of the United States of America

1 | that the foregoing is true and correct.

Executed this 30th day of May, 2019 at Temecula, California.

By: /s/ *Cheryl A. Williams*
Cheryl A. Williams

## TABLE OF EXHIBITS TO DECLARATION OF CHERYL WILLIAMS

[Documents noted with an asterisk are filed under seal pursuant to the Court's Order [Dkt. 9] and thus excluded from the Docket]

| EX. NO. | DOCUMENT | PAGE |
|---|---|---|
| 1 | May 24, 2019 screen capture from the commercial website for Mr. Robert Rosette and Rosette LLP located at https://www.rosettelaw.com/our-firm/ | 001 |
| 2 | May 27, 2019 screen capture from the website for Williams & Cochrane LLP located at https://www.williamscochrane.com/ | 002 |
| 3 | Excerpted Complaint of Pauma Band of Mission Indians for Equitable, Declaratory and Injunctive Relief, filed on September 4, 2009 in *Pauma v. California*, No. 09-01955, Dkt. No. 1 (S.D. Cal. September 4, 2009) | 003 |
| 4 | July 26, 27, & 28, 2011 e-mails between Robert Rosette and the State of California's then-compact negotiator Jacob Appelsmith | 014 |
| 5 | Excerpted Declaration of Robert Rosette in Support of Rosette Defendants' Special Motion to Strike Plaintiff's Eighth and Ninth Claims for Relief Pursuant to California Civil Procedure Code Section 425.16 (filed in this action on February 9, 2018, Dkt. No. 31-2) | 017 |
| 6 | June 28, 2017 screen capture of the website biography for Robert Rosette from the website for Rosette LLP located at http://www.rosettelaw.com/attorney-bio-rosette.html | 021 |
| 7 | August 25, 2014 screen capture of the website biography for Robert Rosette from the website for Rosette LLP on the Internet Archive (*see* https://archive.org/web/) located at https://web.archive.org/web/20150710013719/http://www.rosettelaw.com/attorney-bio-rosette.html | 027 |
| 8 | Declaration of Christian Cienfuegos (with excerpted exhibits) (filed in this action on April 6, 2018, Dkt. No. 54-2) | 028 |
| 9 | Excerpted Notice of Amended Motion and Amended Motion for Preliminary Injunction to Prevent Enforcement of Compact Payment Provisions filed on March 29, 2010 in *Pauma v. California*, No. 09-01955, Dkt. No. 34 (S.D. Cal. March 10, 2010) | 037 |
| 10 | Order Granting Plaintiff's Motion for Injunctive Relief Regarding Compact Payments issued on April 12, 2010 in *Pauma v. California*, No. 09-01955, Dkt. No. 44 (S.D. Cal. April 12, 2010) | 042 |

| | | |
|---|---|---|
| 11 | Excerpted Appellee's Response in Opposition to Appellant's Motion for Stay Pending Appeal filed on June 11, 2010 in *Pauma v. California*, No. 10-55713, Dkt. No. 15 (9th Cir. June 11, 2010) | 045 |
| 12 | Order issued on July 28, 2010 in *Pauma v. California*, No. 10-55713, Dkt. No. 39 (9th Cir. July 28, 2010) | 048 |
| 13 | Excerpted Emergency Motion Under Circuit Rule 27-3 filed on August 17, 2010 in *Pauma v. California*, No. 10-55713, Dkt. No. 51-1 (9th Cir. August 17, 2010) | 050 |
| 14 | Order issued on August 23, 2010 in *Pauma v. California*, No. 10-55713, Dkt. No. 62 (9th Cir. August 23, 2010) | 055 |
| 15 | Order issued on November 30, 2010 in *Pauma v. California*, No. 10-55713, Dkt. No. 64-1 (9th Cir. November 30, 2010) | 057 |
| 16 | Excerpted First Amended Complaint of Plaintiff Pauma Band of Mission Indians for Injunctive and Other Equitable Relief which I filed on September 9, 2011 in *Pauma v. California*, No. 09-01955, Dkt. No. 130 (S.D. Cal. September 9, 2011) | 060 |
| 17 | Excerpted Order Granting in Part and Denying in Part the Parties' Cross-Motions for Summary Judgment issued on March 18, 2013 in *Pauma v. California*, No. 09-01955, Dkt. No. 227 (S.D. Cal. March 18, 2013) | 067 |
| 18 | Online Docket from the electronic PACER service for the United States District Court for the Southern District of California in *Pauma v. California*, No. 09-01955, Dkt. Nos. 1 to 322 (S.D. Cal. September 4, 2009 to August 10, 2016) | 077 |
| 19 | Online Docket from the electronic PACER service for the United States Court of Appeals for Ninth Circuit in *Pauma v. California*, Nos. 14-56104 & 14-56105, Dkt. Nos. 1 to 68 (9th Cir. July 10, 2014 to June 28, 2016) | 110 |
| 20 | Excerpted copy of the certified transcript of Videotaped Deposition of Robert Rosette taken on October 26, 2010 in *Pauma Band of Luiseno Mission Indians of the Pauma Yuima Reservation, Cal. v. Harrah's Operating Co.*, No. GIC847406 (San Diego County Sup. Ct. 2012) | 120 |
| 21 | September 9, 2016 news article from the San Diego Union Tribune entitled, "California pays tribe $36 million to settle years-old fight", from the newspaper's website located at https://www.sandiegouniontribune.com/sdut-california-pays-tribe-36-million-to-settle-years-2016sep09-story.html | 129 |

| 22 | August 23, 2016 news article from the Sacramento Bee entitled, "A Schwarzenegger-era casino deal will cost State $36.3 million", from the newspaper's website located at https://www.sacbee.com/news/politics-government/capitol-alert/article9745 2877.html | 130 |
|---|---|---|
| 23 | September 29, 2016 "Attorney-Client Fee Agreement" between Williams & Cochrane LLP and the Quechan Tribe | 131 |
| 24 | Excerpted and highlighted copy of The Quechan Tribe's Answer to Plaintiffs' Third Amended Complaint and Counterclaims (filed in this action on December 20, 2018, Dkt No. 182) | 140 |
| 25 | Excerpted and highlighted Declaration of President Keeny Escalanti, Sr. (filed in this action on February 9, 2018, Dkt No. 29-2) | 148 |
| 26 | Excerpted "Amendment to Tribal-State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation" (executed in June 2006), from the website for the CGCC located at http://www.cgcc.ca.gov/documents/compacts/amended_compacts/Quechan Compact 6-26-06 Ratified.pdf | 152 |
| 27 | Excerpted December 6, 2016 draft "Tribal-State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation"* | 159 |
| 28 | Sample "Regulatory Cost Reimbursement Invoice" accompanying the December 6, 2016 draft compact in Exhibit 27 above* | 167 |
| 29 | December 6, 2016 letter from the Office of the Governor's Senior Advisor for Tribal Negotiations Joe Dhillon to Quechan President Mike Jackson accompanying Exhibits 27 and 28 above | 169 |
| 30 | Spreadsheet entitled "Quechan Casino Resort, California Casino Gaming Commission, Quarterly Regulatory Payments" prepared by Quechan Casino Resort's CFO Phil Simons* | 171 |
| 31 | Email sent from Cheryl Williams to Sara Drake, Senior Assistant Attorney General for the State of California, on June 21, 2017 | 173 |
| 32 | June 26, 2017 letter from putative Quechan President Keeny Escalanti to Williams & Cochrane LLP | 174 |
| 33 | Email Cheryl Williams received on June 27, 2017 from Cecilia Zamora, an associate attorney with Rosette LLP | 177 |
| 34 | Notice from Department of the Interior, Bureau of Indian Affairs re "Tribal-State Class III Gaming Compacts Taking Effect in the State of California" published in the Federal Register, Volume 83, Number 14, dated January 22, 2018, from the following website: https://www.govinfo.gov/content/pkg/FR-2018-01-22/pdf/2018-01058.pdf | 178 |