# TABLE OF EXHIBITS TO SECOND AMENDED COMPLAINT

[Documents noted with an asterisk are filed under seal pursuant to the Court's Order [Dkt. 9] and thus excluded from the Docket]

| EX. NO. | DOCUMENT | PAGE |
|---|---|---|
| 1 | Series of July 2011 e-mails between Robert Rosette and the State of California's then-compact negotiator Jacob Appelsmith | 001 |
| 2 | September 29, 2016 "Attorney-Client Fee Agreement" between Williams & Cochrane and Quechan Tribe | 004 |
| 3 | September 29, 2016 Quechan Resolution No. "R-195-16" | 010 |
| 4 | June 26, 2017 letter from putative Quechan President Keeny Escalanti to Williams & Cochrane | 012 |
| 5 | June 30, 2017 letter from putative Quechan President Keeny Escalanti to Williams & Cochrane | 015 |
| 6 | June 28, 2017 screen capture of the website biography for Robert Rosette | 022 |
| 7 | August 25, 2014 screen capture of the website biography for Robert Rosette from the Internet Archive (*see* https://archive.org/web/) | 022 |
| 8 | Excerpted "Tribal-State Compact between the State of California and the Quechan Indian Nation" (i.e., one of the many substantively-identical 1999 Compacts) | 024 |
| 9 | Excerpted "Amendment to Tribal-State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation" | 034 |
| 10 | Spreadsheet entitled "Quechan Casino Resort, California Casino Gaming Commission, Quarterly Regulatory Payments" (prepared by Quechan Casino Resort's CFO Phil Simons) | 044 |
| 11 | October 17, 2016 letter from the Office of the Governor's Senior Advisor for Tribal Negotiations Joe Dhillon to Cheryl A. Williams**\*** | 046 |
| 12 | December 6, 2016 draft "Tribal-State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation"**\*** | 047 |
| 13 | Sample "Regulatory Cost Reimbursement Invoice" (accompanying the December 6th draft compact in Exhibit 12 above)**\*** | 185 |

| 14 | December 6, 2016 letter from the Office of the Governor's Senior Advisor for Tribal Negotiations Joe Dhillon to Quechan President Mike Jackson* | 187 |
| --- | --- | --- |
| 15 | March 9, 2017 letter from CGCC Executive Director Stacy Luna Baxter to President Mike Jackson* | 189 |
| 16 | April 12, 2017 letter from CGCC Executive Director Stacy Lunda Baxter to the "Honorable Keeny Escalanti Sr., President Quechan Indian Nation"* | 192 |
| 17 | Excerpts of the May 12, 2017 draft "Tribal State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation"* | 194 |
| 18 | May 19, 2017 draft "Tribal State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation"* | 199 |
| 19 | June 21, 2017 draft "Tribal State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation"* | 347 |
| 20 | "Tribal-State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation" (August 2017) | 499 |
| 21 | June 23, 2010 letter from Robert Rosette to then-Chairman of Pauma | 647 |
| 22 | August 2, 2010 Memorandum from Rosette & Associates, PC to La Pena Law Corporation | 649 |
| 23 | August 15, 2010 E-mail from Michelle La Pena to Kevin Cochrane | 654 |
| 24 | August 23, 2011 E-mail from Robert Rosette to various members of the Pauma Tribal Council | 657 |
| 25 | Draft August 23, 2011 letter purportedly from Pauma's then-Secretary/Treasurer to Robert Rosette (prepared by Robert Rosette and attached to the August 23rd e-mail in Exhibit 35 above) | 658 |
| 26 | Draft August 23, 2011 letter purportedly from Pauma's then-Secretary/Treasurer to Jacob Appelsmith (prepared by Robert Rosette and attached to the August 23rd e-mail in Exhibit 35 above) | 660 |
| 27 | November 18, 1974 "Constitution and By-Laws of the Quechan Tribe of the Fort Yuma Reservation California" | 661 |

| | | |
|---|---|---|
| 28 | October 6, 2016 letter from Representative Sean P. Duffy to then-U.S. Department of the Interior Secretary Sally Jewel, amongst others | 674 |
| 29 | February 1, 2018 presentation by Robert Rosette at the "Wiring the Rez: Innovative Strategies for Business Development Via E-Commerce" conference held in Phoenix, Arizona | 676 |
| 30 | January 12, 2018 Yuma Sun article entitled "Quechan council members survive recall effort" | 677 |
| 31 | January 26, 2018 Yuma Sun article entitled "Results of Quechan Tribe's recall vote thrown out" | 678 |
| 32 | Redlined Comparison Between First and Second Amended Complaints* | 679 |

EXHIBIT 1

# Rob Rosette

**From:** Rob Rosette
**Sent:** Thursday, July 28, 2011 3:51 PM
**To:** Jacob Appelsmith; Richard Armstrong
**Subject:** RE: The Pauma Band of Luiseño Indians

Jacob,

You are exactly correct. It will be yourself and the Tribe meeting to discuss the potential--and process--for resolving the litigation through a new compact.

Sincerely,

Robert A. Rosette
Rosette, LLP
Attorneys at Law
565 W. Chandler Blvd., Suite 212
Chandler, Arizona 85225
Tel (480) 889-8990
Fax (480) 889-8997
Cell (480) 242-9810
www.rosettelaw.com

CONFIDENTIAL COMMUNICATION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNICATION ONLY FOR USE BY THE INTENDED RECIPIENT. ANY INADVERTENT RECEIPT SHALL NOT CONSTITUTE A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT PROTECTION. IF RECEIVED IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DELETE THIS MESSAGE.

---

**From:** Jacob Appelsmith [mailto:Jacob.Appelsmith@GOV.CA.GOV]
**Sent:** Thursday, July 28, 2011 3:48 PM
**To:** Rob Rosette; Richard Armstrong
**Subject:** RE: The Pauma Band of Luiseño Indians

I would like to meet with the Tribe and to do so as a settlement negotiation, and I assume there will be no lawyers present (except myself, which I can't avoid).

---

**From:** Rob Rosette [mailto:rosette@rosettelaw.com]
**Sent:** Wednesday, July 27, 2011 2:10 PM
**To:** Richard Armstrong; Jacob Appelsmith
**Subject:** Re: The Pauma Band of Luiseño Indians

Jacob,

I believe only the first meeting is without lawyers. Obviously thereafter we will need to be involved. The good news is that the Tribe wants to pull us in, and as you know, we are not engaged as legal counsel on the litigation. The Tribe expressed to me a desire to settle the lawsuit through compact negotiations. I think they want to meet with you to understand this process first.

Thanks,

1

Ex 1
00-1

-Rob

---

**From:** Richard Armstrong
**Sent:** Wednesday, July 27, 2011 02:00 PM
**To:** Jacob Appelsmith <Jacob.Appelsmith@GOV.CA.GOV>
**Cc:** Rob Rosette
**Subject:** RE: The Pauma Band of Luiseño Indians

Jacob,

Thank you for your quick response. The tribe indeed wants to meet without their attorneys present in order to establish a better government to government relationship with the goal of settling the pending lawsuit with a new compact.

Sincerely,

Richard J. Armstrong, Of Counsel
**Rosette, LLP – Attorneys at Law**
193 Blue Ravine – Suite 255
Folsom, CA 95630
916.353.1084 – Office
916.353.1085 – Fax
916.337.2639 – Cell
armstrong@rosettelaw.com
www.rosettelaw.com



CONFIDENTIAL COMMUNICATION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNICATION ONLY FOR USE BY THE INTENDED RECIPIENT. ANY INADVERTENT RECEIPT SHALL NOT CONSTITUTE A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT PROTECTION. IF RECEIVED IN ERROR, PLEASE NOTIFY SENDER IMMEDIATELY AND DELETE THIS MESSAGE. THANK YOU FOR YOUR COOPERATION.

---

**From:** Jacob Appelsmith [mailto:Jacob.Appelsmith@GOV.CA.GOV]
**Sent:** Wednesday, July 27, 2011 9:12 AM
**To:** Richard Armstrong
**Subject:** RE: The Pauma Band of Luiseño Indians

Are you suggesting settlement discussions in the lawsuit, or seeking to amend or renegotiate the compact? If the latter, please cite the relevant compact provisions under which you are proposing to move. It would seem to make more sense to have a settlement discussion since the lawsuit is about the compact, but I leave that to you.

---

**From:** Richard Armstrong [armstrong@rosettelaw.com]
**Sent:** Tuesday, July 26, 2011 10:59 PM
**To:** Jacob Appelsmith
**Cc:** Rob Rosette
**Subject:** The Pauma Band of Luiseño Indians

Jacob,

I hope you and yours are finding time to enjoy the summer! I am contacting you on behalf of the Pauma Band of Luiseño Indians (Tribe). The Tribal Council respectfully requests a meeting with the Governor's office at your earliest

opportunity to discuss compact related matters. Please let me know what date(s) may be available to meet with the Tribe in Sacramento so I may effectively coordinate with the Tribal Council and make travel arrangements.

I look forward to hearing from you soon.

Sincerely,
Richard J. Armstrong, Of Counsel

**Rosette, LLP – Attorneys at Law**
193 Blue Ravine – Suite 255 
Folsom, CA 95630
916.353.1084 – Office
916.353.1085 – Fax
916.337.2639 – Cell
armstrong@rosettelaw.com
www.rosettelaw.com

CONFIDENTIAL COMMUNICATION: THIS MESSAGE IS A CONFIDENTIAL ATTORNEY COMMUNICATION ONLY FOR USE BY THE INTENDED RECIPIENT. ANY INADVERTENT RECEIPT SHALL NOT CONSTITUTE A WAIVER OF ATTORNEY-CLIENT OR WORK PRODUCT PROTECTION. IF RECEIVED IN ERROR, PLEASE NOTIFY SENDER IMMEDIATELY AND DELETE THIS MESSAGE. THANK YOU FOR YOUR COOPERATION.