MATTHEW W. CLOSE (S.B. #188570)
mclose@omm.com
BRITTANY ROGERS (S.B. #274432)
brogers@omm.com
KATE M. IKEHARA (S.B. #313431)
kikehara@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

Attorneys for Defendants Robert Rosette,
Rosette & Associates, PC, and Rosette, LLP

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS & COCHRANE, LLP,<br><br>Plaintiff,<br><br>v.<br><br>QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION, a federally-recognized Indian tribe; ROBERT ROSETTE; ROSETTE & ASSOCIATES, PC; and ROSETTE, LLP,<br><br>Defendants. | Case No. 17-CV-01436 GPC DEB<br><br>**DECLARATION OF BRITTANY ROGERS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Notice of Motion; Memorandum of Points & Authorities; Separate Statement of Undisputed Material Facts; Rosette Declaration; Escalanti Declaration; White Declaration; Deschene Declaration Filed Concurrently]<br><br>Date:          December 4, 2020<br>Time:          1:30 pm<br>Judge:         Hon. Gonzalo P. Curiel<br>Courtroom: 2D<br>Trial Date:  Not Set |
| AND ALL RELATED COUNTER CLAIMS | |

## DECLARATION OF BRITTANY ROGERS

I, Brittany Rogers, declare as follows:

1.      I am an attorney licensed to practice law in the State of California, a member in good standing of the State Bar of California, and admitted to the bar of the United States District Court for the Southern District of California.  I am an attorney with O'Melveny & Myers LLP, and counsel for Defendants Robert Rosette, Rosette & Associates, PC, and Rosette, LLP (collectively, "Rosette").  I make this declaration based upon my knowledge of the facts stated herein, and if called to testify, I could and would testify competently thereto.  I submit this declaration in support of the Rosette Defendants' Motion for Summary Judgment.

2.      On October 28, 2019, I emailed Cheryl Williams and Kevin Cochrane of Plaintiff Williams & Cochrane, LLP ("W&C"), attaching a letter from my colleague, Matthew W. Close, to Ms. Williams and Mr. Cochrane, dated October 28, 2019.  The letter explained that certain of W&C's written document requests to Rosette could be interpreted as calling for the production of material covered by the attorney-client privilege and work product protection in connection with Rosette's previous representation of the Pauma Band of Luiseño Mission Indians ("Pauma"). The letter sought Pauma's views through W&C, Pauma's legal representatives and the Plaintiff in this litigation, about whether Pauma intended to assert or waive attorney-client privilege and work product protections over material related to Rosette's representation of Pauma in compact negotiations with the State of California and subsequent litigation.  Attached as **Exhibit 44** is a true and correct copy of my email, dated October 28, 2019, transmitting the attached correspondence.

3.      On November 12, 2019, I received an email from Ms. Williams, attaching a letter from Pauma Chairman Temet Aguilar to Mr. Close, dated November 11, 2019.  Chairman Aguilar's letter requested that Rosette transmit the materials at issue to the attention of Tom McAndrews, Pauma's Chief Financial

1  Officer.  The letter also included several questions and a request for "any other

2  materials related to legal work the Rosette Defendants have purportedly done on

3  Pauma's behalf over the past four years."  The letter closed with the following

4  sentence: "Should you have any need to communicate with me in connection with

5  this request, please do so in writing through Pauma's counsel at Williams &

6  Cochrane LLP."  Attached as **Exhibit 45** is a true and correct copy of the email

7  from Ms. Williams, dated November 12, 2019, transmitting the attached

8  correspondence.

9      4.    On November 25, 2019, I emailed Ms. Williams and Mr. Cochrane,

10  attaching a letter from Mr. Close to Chairman Aguilar, dated November 25, 2019.

11  The letter responded to Chairman Aguilar's November 11, 2019 correspondence.

12  The letter explained that W&C's lawsuit against Rosette relates to a statement

13  about Rosette's representation of Pauma, and that Pauma's client files go to the

14  heart of W&C's claim.  The letter also advised Chairman Aguilar that Rosette's due

15  process rights would be infringed without the ability to use the documents to defend

16  themselves.  In addition, the letter stated that Rosette interpreted his question

17  regarding recent legal work for Pauma as a request for client files, and noted that

18  Rosette would provide client files relating to Rosette's representation of Pauma in

19  connection with compact negotiations and subsequent litigation that are currently in

20  the possession of Rosette and that Pauma has a reasonable right to under applicable

21  professional rules.  Attached as **Exhibit 46** is a true and correct copy of my email,

22  dated November 25, 2019, transmitting the attached correspondence, "care of

23  Pauma's attorneys, Williams & Cochrane."

24      5.    On December 31, 2019, I am informed and believe that my colleagues

25  at O'Melveny transmitted copies of the Pauma materials at issue to the attention of

26  Tom McAndrews, Pauma's Chief Financial Officer.  Also on December 31, 2019, I

27  emailed Ms. Williams and Mr. Cochrane, attaching a letter from Mr. Close to Mr.

28  McAndrews, dated December 31, 2019, concerning the documents delivered to

ROGERS DECL. ISO MOTION
FOR SUMMARY JUDGMENT
17-CV-01436 GPC DEB

1  Pauma for review.  Attached as **Exhibit 47** is a true and correct copy of my email,

2  dated December 31, 2019, transmitting the attached correspondence.

3       6.     On February 19, 2020, I emailed Ms. Williams and Mr. Cochrane,

4  attaching a letter from Mr. Close to Mr. McAndrews, dated February 19, 2020.  The

5  letter inquired whether Pauma had an opportunity to review the documents

6  transmitted five weeks earlier.  The letter also asked whether Pauma intended to

7  assert that any of Pauma's files should be withheld from production in this

8  litigation on the basis of any privilege or protection.  It requested a response from

9  Pauma by February 28.  Attached as **Exhibit 49** is a true and correct copy of my

10  email, dated February 19, 2020, transmitting the attached correspondence.

11       7.     On February 29, 2020, I received an email from Ms. Williams,

12  attaching a letter from Chairman Aguilar to Mr. Close, also dated February 29,

13  2020.  The letter requested that Mr. Close send Chairman Aguilar "all relevant

14  emails and files from the Rosette law firm" for the period of 2009 to the summer of

15  2010, as well as "all relevant emails . . . for every Rosette employee whose names

16  appears in the documents provided to date."  Attached as **Exhibit 50** is a true and

17  correct copy of an email from Ms. Williams, dated February 29, 2020, transmitting

18  the attached correspondence.

19       8.     On March 20, 2020, I emailed Ms. Williams and Mr. Cochrane,

20  attaching a letter from Mr. Close to Chairman Aguilar, dated March 20, 2020.  The

21  letter accompanied a second document production, comprising five documents, to

22  supplement the client materials previously transmitted.  The letter explained that

23  "Rosette will not . . . accede to [Pauma's] requests for materials and information

24  beyond the scope of Rule 1.16."  The letter again explained that W&C's lawsuit

25  against Rosette relates to a statement about Rosette's representation of Pauma, and

26  that Pauma's client files go to the heart of W&C's claim.  The letter also advised

27  Chairman Aguilar that Rosette's due process rights would be infringed without the

28  ability to use the documents to defend themselves, and it requested a definitive

ROGERS DECL. ISO MOTION
FOR SUMMARY JUDGMENT
17-CV-01436 GPC DEB

answer from Pauma.  Attached as **<u>Exhibit 51</u>** is a true and correct copy of my email, dated March 20, 2020, transmitting the attached correspondence.

9. I have not received any response from Chairman Aguilar, Mr. McAndrews, or any other Pauma representative.

10. Also attached to this Declaration are true and correct copies of the following documents:

| Ex. | Description | Page |
|-----|-------------|------|
| 1. | *Pauma v. State of California et al.*, Case No. 3:09-cv-01955 (S.D. Cal.), Dkt. 1-1 (Amendment to Tribal-State Compact between State of California and Pauma Band of Mission Indians), dated June 21, 2004, produced in this litigation by W&C as WC5915-WC5968 | 14 |
| 2. | Presentation: Discussion Between the Pauma Band and the State of California re 2004 Compact Amendment Payments, dated January 13, 2009, produced in this litigation by the Rosette Defendants as ROS-0009612-ROS-0009620 | 68 |
| 3. | Complaint, *Pauma v. State of California et al.*, Case No. 3:09-cv-01955 (S.D. Cal.), dated September 4, 2009, produced in this litigation by W&C as WC5825-WC5914 and marked as Exhibit 50 during the deposition of Kevin Cochrane taken on June 8, 2020 | 77 |
| 4. | Pauma's Motion for Preliminary Injunction, *Pauma v. State of California et al.*, Case No. 3:09-cv-01955 (S.D. Cal.), Dkt. 20, dated February 16, 2010, produced in this litigation by W&C as WC6001-WC6030 and marked as Exhibit 52 during the deposition of Kevin Cochrane taken on June 8, 2020 | 167 |
| 5. | Order Granting Plaintiff's Motion for Injunctive Relief Regarding Compact Payments, *Pauma v. California*, No. 3:09-cv-01955 (S.D. Cal.), Dkt. 44, dated April 12, 2010 | 198 |

| Ex. | Description | Page |
|-----|-------------|------|
| 6. | Preliminary Injunction Appeal, *Pauma v. State of California et al.*, Case No. 3:09-cv-01955 (S.D. Cal.), Dkt. 50, dated May 4, 2010 | 201 |
| 7. | Order Denying Motion and Ex Parte Application for Stay, *Pauma v. State of California et al.*, Case No. 3:09-cv-01955 (S.D. Cal.), Dkt. 55, dated May 7, 2010 | 213 |
| 8. | Opposition to Motion to Stay, *Pauma v. State of California et al.*, Case No. 3:09-cv-01955 (S.D. Cal.), Dkt. 15, dated June 11, 2010 | 215 |
| 9. | Order Granting State of California's Motion to Stay, *Pauma v. State of California, et al.*, Case No. 10-55713 (9th Cir.), Dkt. 39, dated July 28, 2010, produced in this litigation by W&C as WC6084-WC6085 | 241 |
| 10. | Emergency Motion, *Pauma v. State of California, et al.*, Case No. 10-55713 (9th Cir.), Dkt. 51-1, dated August 17, 2010, produced in this litigation by W&C as WC6163-WC6290 | 243 |
| 11. | Order vacating order to stay and reinstating preliminary injunction, *Pauma v. State of California, et al.*, Case No. 10-55713 (9th Cir.), Dkt. 55, dated August 23, 2010, produced in this litigation by W&C as WC6291-WC6292 | 371 |
| 12. | Transcript of deposition of Robert Rosette (*Pauma v. Harrah's Operating Co.*, Case No. GIC847406), dated October 26, 2010, produced in this litigation by W&C as WC6877-WC7077 and marked as Exhibit 71 during the deposition of Cheryl Williams taken on June 11, 2020 | 373 |
| 13. | Order remanding action, *Pauma v. State of California et al.*, Case No. 10-55713 (9th Cir.), Dkt. 64-1, dated November 30, 2010, produced in this litigation by W&C as WC6062-WC6069 | 574 |

| Ex. | Description | Page |
|---|---|---|
| 14. | Rosette response to Request for Proposal, dated July 23, 2011, produced in this litigation by the Rosette Defendants as ROS-0001816-ROS-0001827 | 582 |
| 15. | Rosette response to Request for Proposal, dated July 9, 2012, produced in this litigation by the Rosette Defendants as ROS-0001874-ROS-0001878 | 594 |
| 16. | Order granting Pauma's Motion for Summary Judgment, *Pauma v. State of California et al.*, Case No. 3:09-cv-01955 (S.D. Cal.), Dkt. 227, dated Mar. 18, 2013, produced in this litigation by W&C as WC6438-WC6468 | 599 |
| 17. | W&C Website, "Tribal Litigators, Advocates, Counselors," dated July 19, 2013, produced in this litigation by the Rosette Defendants as ROS-0009524-ROS-0009525 | 630 |
| 18. | W&C Presentation to the Quechan Tribal Council, dated September 14, 2016, produced in this litigation by W&C as WC5490-WC5501 and marked as Exhibit 56 during the deposition of Kevin Cochrane taken on June 8, 2020 | 632 |
| 19. | Letter from Tonto Apache Chairwoman Jeri DeCola to tribal leaders re Invitation to Discuss Gaming Compact Negotiations for Smaller Casino Tribes, dated February 28, 2017, produced in this litigation by the Rosette Defendants as ROS-0000001-ROS-0000007 | 645 |
| 20. | W&C Presentation to the Quechan Tribal Council, dated March 24, 2017, produced in this litigation by Quechan as QUECHAN-WC-00002520-QUECHAN-WC-00002543 and marked as Exhibit 85 during the deposition of Cheryl Williams taken on June 11, 2020 | 652 |

| Ex. | Description | Page |
|---|---|---|
| 21. | W&C Correspondence with the Tribal Council re: Contingency fee, dated April 5, 2017, produced in this litigation by Quechan as QUECHAN-WC-00002544-QUECHAN-WC-00002546 | 676 |
| 22. | W&C email to State re Proposed edits to Compact Negotiations with Quechan Tribe, dated April 13, 2017, produced in this litigation by the California Department of Justice as DOJ01242-DOJ01243 and marked as Exhibit 15 during the deposition of Hon. Joginder Dhillon taken on June 2, 2020 | 679 |
| 23. | Tribal-State Compact between State of California and Quechan Tribe, dated April 13, 2017, produced in this litigation by the California Department of Justice as DOJ01244-DOJ01386 and marked as Exhibit 16 during the deposition of Hon. Joginder Dhillon taken on June 2, 2020 | 681 |
| 24. | Email between Quechan Vice President and C. Williams, dated April 13, 2017, produced in this litigation by Quechan as QUECHAN-WC-00002458 | 824 |
| 25. | Email from C. Williams to Quechan Vice President, dated April 14, 2017, produced in this litigation by W&C as WC0015-WC0016 | 825 |
| 26. | Rosette response to Request for Proposal for Professional Services: Outside Legal Counsel, dated April 19, 2017, produced in this litigation by the Rosette Defendants as ROS-0001586-ROS-0001602 | 827 |
| 27. | Email correspondence between Quechan Vice President and C. Williams, dated April 26, 2017, produced in this litigation by Quechan as QUECHAN-WC-00001883-QUECHAN-WC-00001885 | 844 |

- 7 -

| Ex. | Description | Page |
|-----|-------------|------|
| 28. | Email from Quechan Councilman Mark William White II to Wilson Pipestem, dated April 27, 2017, produced in this litigation by Quechan as QUECHAN-WC-00006969 | 847 |
| 29. | Email from C. Deschene to Councilman White, dated May 30, 2017, produced in this litigation by Quechan as QUECHAN-WC-00006988 and marked as Exhibit 69 during the deposition of Cheryl Williams taken on June 11, 2020 | 848 |
| 30. | Letter from Tonto Apache President Calvin Johnson to Quechan President Keeny Escalanti, dated May 31, 2017, produced in this litigation by the Rosette Defendants as ROS-0000012-ROS-0000013 | 849 |
| 31. | Letter from Tonto Apache President Johnson to San Juan Southern Paiute Tribe President, dated May 31, 2017, produced in this litigation by the Rosette Defendants as ROS-0000008-ROS-0000009 | 851 |
| 32. | Letter from Tonto Apache President Johnson to San Carlos Apache Chairman, dated May 31, 2017, produced in this litigation by the Rosette Defendants as ROS-0000010-ROS-0000011 | 853 |
| 33. | Letter from C. Deschene to Quechan Tribe of the Fort Yuma Indian Reservation re Proposal for Legal Services, dated May 31, 2017, produced in this litigation by Quechan as QUECHAN-WC-00006989-QUECHAN-WC-00006996 and marked as Exhibit 70 during the deposition of Cheryl Williams taken on June 11, 2020 | 855 |
| 34. | Email from W&C to C. Montague dated June 9, 2017, produced in this litigation by W&C as WC0017-WC0018 and marked as Exhibit 58 during the deposition of Kevin Cochrane taken on June 8, 2020 | 863 |

| Ex. | Description | Page |
|---|---|---|
| 35. | Email from W&C to Quechan, dated June 9, 2017, produced in this litigation by W&C as WC2778 | 865 |
| 36. | Rosette response to Request for Proposal, dated June 14, 2017, produced in this litigation by the Rosette Defendants as ROS-0001603-ROS-0001624 | 866 |
| 37. | Email from W&C to Quechan, dated June 15, 2017, produced in this litigation by W&C as WC2782-WC2784 and marked as Exhibit 92 during the deposition of Cheryl Williams taken on June 11, 2020 | 888 |
| 38. | Email from W&C to Quechan, dated June 18, 2017, produced in this litigation by W&C as WC2785 and marked as Exhibit 93 during the deposition of Cheryl Williams taken on June 11, 2020 | 891 |
| 39. | Quechan Letter re Termination of W&C Attorney-Client Relationship, dated June 26, 2017, produced in this litigation by W&C as WC2948-WC2951 and marked as Exhibit 96 during the deposition of Cheryl Williams taken on June 11, 2020 | 892 |
| 40. | Tribal State Compact between State of CA and Quechan Tribe, Dkt. 220-20, signed by Quechan on August 31, 2017, marked as Exhibit 31 during the deposition of Hon. Joginder Dhillon taken on June 2, 2020 | 896 |
| 41. | Dhillon Decl. in Support of Quechan Motion to Dismiss, Dkt. 50-4, dated April 6, 2018, marked as Exhibit 1 during the deposition of Hon. Joginder Dhillon taken on June 2, 2020 | 1043 |
| 42. | W&C Website, "Tribal Litigators, Advocates, Counselors," dated August 6, 2018, produced in this litigation by the Rosette Defendants as ROS-0009606-ROS-0009607 | 1050 |

- 9 -

| Ex. | Description | Page |
|---|---|---|
| 43. | Biography of Robert Rosette, Dkt. 220-6, marked as Exhibit 53 during the deposition of Kevin Cochrane taken on June 8, 2020 | 1052 |
| 44. | Email from B. Rogers to C. Williams and K. Cochrane attaching a letter from M. Close to C. Williams and K. Cochrane re Request for Waiver of Attorney-Client Privilege, dated October 28, 2019 | 1058 |
| 45. | Email from C. Williams attaching a letter from Chairman of the Pauma Band of Mission Indians to M. Close re Request for Waiver of Attorney-Client Privilege, dated November 11, 2019 | 1061 |
| 46. | Email from B. Rogers to C. Williams and K. Cochrane attaching a letter from M. Close to Chairman of the Pauma Band of Mission Indians re Response to Request for Waiver of Attorney-Client Privilege, dated November 25, 2019 | 1066 |
| 47. | Email from B. Rogers to C. Williams and K. Cochrane attaching letter from M. Close to T. McAndrews re Response to Requests for Waiver of Attorney-Client Privilege, dated December 31, 2019 | 1071 |
| 48. | W&C's Second Amended Responses to Rosette Defendants' First Set of Interrogatories, dated January 8, 2020 | 1074 |
| 49. | Email from B. Rogers to C. Williams and K. Cochrane attaching letter from M. Close to T. McAndrews re Response to Request for Waiver for Attorney-Client Privilege, dated February 19, 2020 | 1127 |
| 50. | Email from C. Williams attaching a letter from Chairman of the Pauma Band of Mission Indians to M. Close re Request for Waiver for Attorney-Client Privilege, dated February 29, 2020 | 1129 |
| 51. | Email from B. Rogers to C. Williams and K. Cochrane attaching a letter from M. Close to Chairman of the Pauma Band of Mission | 1132 |

| Ex. | Description | Page |
|-----|-------------|------|
|     | Indians re Response to Request for Waiver of Attorney-Client Privilege, dated March 20, 2020 | |
| 52. | Transcript of deposition of Hon. Joginder Dhillon, dated June 2, 2020 | 1135 |
| 53. | Transcript of deposition of Sara Drake, dated June 3, 2020 | 1425 |
| 54. | Transcript of deposition of Kevin Cochrane, dated June 8, 2020 | 1549 |
| 55. | Transcript of deposition of Cheryl Williams, dated June 11, 2020 | 1935 |
| 56. | Expert Report of Lynda Shely, dated July 8, 2020 | 2287 |
| 57. | Expert Report of Bryan A. Garner, dated July 13, 2020 | 2324 |
| 58. | Expert Report of Anthony Miranda, dated July 13, 2020 | 2340 |
| 59. | Expert Report of George Forman, dated July 13, 2020 | 2437 |
| 60. | Supplement to Expert Report of Bryan A. Garner, dated July 24, 2020 | 2451 |
| 61. | Order, *Pauma v. State of California et al.*, Case No. 18-56457 (9th Cir.), dated September 2, 2020 | 2452 |
| 62. | W&C NIGA Presentation, produced in this litigation by W&C as WC8001-WC8043 and marked as Exhibit 54 during the deposition of Kevin Cochrane taken on June 8, 2020 | 2474 |

| Ex. | Description | Page |
|---|---|---|
| 63. | Curriculum Vitae of Kevin Cochrane, produced in this litigation by the Rosette Defendants as ROS-0000212 and marked as Exhibit 48 during the deposition of Kevin Cochrane taken on June 8, 2020 | 2518 |
| 64. | California Gambling Control Commission, Ratified Tribal-State Gaming Compacts, as printed from www.cgcc.ca.gov/?pageID=compacts on August 14, 2020, by my colleagues at O'Melveny. | 2519 |

1    I declare under penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct.

3    Executed on September 9, 2020 at Los Angeles, California.

4

5    By: _____

6    Brittany Rogers
     brogers@omm.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROGERS DECL. ISO MOTION
FOR SUMMARY JUDGMENT
17-CV-01436 GPC DEB

**TABLE OF EXHIBITS TO DECLARATION OF BRITTANY ROGERS**

| Ex. | Description | Page |
|---|---|---|
| 1. | *Pauma v. State of California et al.*, Case No. 3:09-cv-01955 (S.D. Cal.), Dkt. 1-1 (Amendment to Tribal-State Compact between State of California and Pauma Band of Mission Indians), dated June 21, 2004, produced in this litigation by W&C as WC5915-WC5968 | 14 |
| 2. | Presentation: Discussion Between the Pauma Band and the State of California re 2004 Compact Amendment Payments, dated January 13, 2009, produced in this litigation by the Rosette Defendants as ROS-0009612-ROS-0009620 | 68 |
| 3. | Complaint, *Pauma v. State of California et al.*, Case No. 3:09-cv-01955 (S.D. Cal.), dated September 4, 2009, produced in this litigation by W&C as WC5825-WC5914 and marked as Exhibit 50 during the deposition of Kevin Cochrane taken on June 8, 2020 | 77 |
| 4. | Pauma's Motion for Preliminary Injunction, *Pauma v. State of California et al.*, Case No. 3:09-cv-01955 (S.D. Cal.), Dkt. 20, dated February 16, 2010, produced in this litigation by W&C as WC6001-WC6030 and marked as Exhibit 52 during the deposition of Kevin Cochrane taken on June 8, 2020 | 167 |
| 5. | Order Granting Plaintiff's Motion for Injunctive Relief Regarding Compact Payments, *Pauma v. California*, No. 3:09-cv-01955 (S.D. Cal.), Dkt. 44, dated April 12, 2010 | 198 |
| 6. | Preliminary Injunction Appeal, *Pauma v. State of California et al.*, Case No. 3:09-cv-01955 (S.D. Cal.), Dkt. 50, dated May 4, 2010 | 201 |
| 7. | Order Denying Motion and Ex Parte Application for Stay, *Pauma v. State of California et al.*, Case No. 3:09-cv-01955 (S.D. Cal.), Dkt. 55, dated May 7, 2010 | 213 |

TABLE OF EXHIBITS
TO ROGERS DECL.
17-CV-01436 GPC DEB

| Ex. | Description | Page |
|-----|-------------|------|
| 8. | Opposition to Motion to Stay, *Pauma v. State of California et al.*, Case No. 3:09-cv-01955 (S.D. Cal.), Dkt. 15, dated June 11, 2010 | 215 |
| 9. | Order Granting State of California's Motion to Stay, *Pauma v. State of California, et al.*, Case No. 10-55713 (9th Cir.), Dkt. 39, dated July 28, 2010, produced in this litigation by W&C as WC6084-WC6085 | 241 |
| 10. | Emergency Motion, *Pauma v. State of California, et al.*, Case No. 10-55713 (9th Cir.), Dkt. 51-1, dated August 17, 2010, produced in this litigation by W&C as WC6163-WC6290 | 243 |
| 11. | Order vacating order to stay and reinstating preliminary injunction, *Pauma v. State of California, et al.*, Case No. 10-55713 (9th Cir.), Dkt. 55, dated August 23, 2010, produced in this litigation by W&C as WC6291-WC6292 | 371 |
| 12. | Transcript of deposition of Robert Rosette (*Pauma v. Harrah's Operating Co.*, Case No. GIC847406), dated October 26, 2010, produced in this litigation by W&C as WC6877-WC7077 and marked as Exhibit 71 during the deposition of Cheryl Williams taken on June 11, 2020 | 373 |
| 13. | Order remanding action, *Pauma v. State of California et al.*, Case No. 10-55713 (9th Cir.), Dkt. 64-1, dated November 30, 2010, produced in this litigation by W&C as WC6062-WC6069 | 574 |
| 14. | Rosette response to Request for Proposal, dated July 23, 2011, produced in this litigation by the Rosette Defendants as ROS-0001816-ROS-0001827 | 582 |
| 15. | Rosette response to Request for Proposal, dated July 9, 2012, produced in this litigation by the Rosette Defendants as ROS-0001874-ROS-0001878 | 594 |

TABLE OF EXHIBITS
TO ROGERS DECL.
17-CV-01436 GPC DEB

| Ex. | Description | Page |
|-----|-------------|------|
| 16. | Order granting Pauma's Motion for Summary Judgment, *Pauma v. State of California et al.*, Case No. 3:09-cv-01955 (S.D. Cal.), Dkt. 227, dated Mar. 18, 2013, produced in this litigation by W&C as WC6438-WC6468 | 599 |
| 17. | W&C Website, "Tribal Litigators, Advocates, Counselors," dated July 19, 2013, produced in this litigation by the Rosette Defendants as ROS-0009524-ROS-0009525 | 630 |
| 18. | W&C Presentation to the Quechan Tribal Council, dated September 14, 2016, produced in this litigation by W&C as WC5490-WC5501 and marked as Exhibit 56 during the deposition of Kevin Cochrane taken on June 8, 2020 | 632 |
| 19. | Letter from Tonto Apache Chairwoman Jeri DeCola to tribal leaders re Invitation to Discuss Gaming Compact Negotiations for Smaller Casino Tribes, dated February 28, 2017, produced in this litigation by the Rosette Defendants as ROS-0000001-ROS-0000007 | 645 |
| 20. | W&C Presentation to the Quechan Tribal Council, dated March 24, 2017, produced in this litigation by Quechan as QUECHAN-WC-00002520-QUECHAN-WC-00002543 and marked as Exhibit 85 during the deposition of Cheryl Williams taken on June 11, 2020 | 652 |
| 21. | W&C Correspondence with the Tribal Council re: Contingency fee, dated April 5, 2017, produced in this litigation by Quechan as QUECHAN-WC-00002544-QUECHAN-WC-00002546 | 676 |
| 22. | W&C email to State re Proposed edits to Compact Negotiations with Quechan Tribe, dated April 13, 2017, produced in this litigation by the California Department of Justice as DOJ01242- | 679 |

- iii -

| Ex. | Description | Page |
|---|---|---|
|  | DOJ01243 and marked as Exhibit 15 during the deposition of Hon. Joginder Dhillon taken on June 2, 2020 |  |
| 23. | Tribal-State Compact between State of California and Quechan Tribe, dated April 13, 2017, produced in this litigation by the California Department of Justice as DOJ01244-DOJ01386 and marked as Exhibit 16 during the deposition of Hon. Joginder Dhillon taken on June 2, 2020 | 681 |
| 24. | Email between Quechan Vice President and C. Williams, dated April 13, 2017, produced in this litigation by Quechan as QUECHAN-WC-00002458 | 824 |
| 25. | Email from C. Williams to Quechan Vice President, dated April 14, 2017, produced in this litigation by W&C as WC0015-WC0016 | 825 |
| 26. | Rosette response to Request for Proposal for Professional Services: Outside Legal Counsel, dated April 19, 2017, produced in this litigation by the Rosette Defendants as ROS-0001586-ROS-0001602 | 827 |
| 27. | Email correspondence between Quechan Vice President and C. Williams, dated April 26, 2017, produced in this litigation by Quechan as QUECHAN-WC-00001883-QUECHAN-WC-00001885 | 844 |
| 28. | Email from Quechan Councilman Mark William White II to Wilson Pipestem, dated April 27, 2017, produced in this litigation by Quechan as QUECHAN-WC-00006969 | 847 |
| 29. | Email from C. Deschene to Councilman White, dated May 30, 2017, produced in this litigation by Quechan as QUECHAN-WC- | 848 |

- iv -

| Ex. | Description | Page |
|---|---|---|
|  | 00006988 and marked as Exhibit 69 during the deposition of Cheryl Williams taken on June 11, 2020 |  |
| 30. | Letter from Tonto Apache President Calvin Johnson to Quechan President Keeny Escalanti, dated May 31, 2017, produced in this litigation by the Rosette Defendants as ROS-0000012-ROS-0000013 | 849 |
| 31. | Letter from Tonto Apache President Johnson to San Juan Southern Paiute Tribe President, dated May 31, 2017, produced in this litigation by the Rosette Defendants as ROS-0000008-ROS-0000009 | 851 |
| 32. | Letter from Tonto Apache President Johnson to San Carlos Apache Chairman, dated May 31, 2017, produced in this litigation by the Rosette Defendants as ROS-0000010-ROS-0000011 | 853 |
| 33. | Letter from C. Deschene to Quechan Tribe of the Fort Yuma Indian Reservation re Proposal for Legal Services, dated May 31, 2017, produced in this litigation by Quechan as QUECHAN-WC-00006989-QUECHAN-WC-00006996 and marked as Exhibit 70 during the deposition of Cheryl Williams taken on June 11, 2020 | 855 |
| 34. | Email from W&C to C. Montague dated June 9, 2017, produced in this litigation by W&C as WC0017-WC0018 and marked as Exhibit 58 during the deposition of Kevin Cochrane taken on June 8, 2020 | 863 |
| 35. | Email from W&C to Quechan, dated June 9, 2017, produced in this litigation by W&C as WC2778 | 865 |
| 36. | Rosette response to Request for Proposal, dated June 14, 2017, produced in this litigation by the Rosette Defendants as ROS-0001603-ROS-0001624 | 866 |

| Ex. | Description | Page |
|---|---|---|
| 37. | Email from W&C to Quechan, dated June 15, 2017, produced in this litigation by W&C as WC2782-WC2784 and marked as Exhibit 92 during the deposition of Cheryl Williams taken on June 11, 2020 | 888 |
| 38. | Email from W&C to Quechan, dated June 18, 2017, produced in this litigation by W&C as WC2785 and marked as Exhibit 93 during the deposition of Cheryl Williams taken on June 11, 2020 | 891 |
| 39. | Quechan Letter re Termination of W&C Attorney-Client Relationship, dated June 26, 2017, produced in this litigation by W&C as WC2948-WC2951 and marked as Exhibit 96 during the deposition of Cheryl Williams taken on June 11, 2020 | 892 |
| 40. | Tribal State Compact between State of CA and Quechan Tribe, Dkt. 220-20, signed by Quechan on August 31, 2017, marked as Exhibit 31 during the deposition of Hon. Joginder Dhillon taken on June 2, 2020 | 896 |
| 41. | Dhillon Decl. in Support of Quechan Motion to Dismiss, Dkt. 50-4, dated April 6, 2018, marked as Exhibit 1 during the deposition of Hon. Joginder Dhillon taken on June 2, 2020 | 1043 |
| 42. | W&C Website, "Tribal Litigators, Advocates, Counselors," dated August 6, 2018, produced in this litigation by the Rosette Defendants as ROS-0009606-ROS-0009607 | 1050 |
| 43. | Biography of Robert Rosette, Dkt. 220-6, marked as Exhibit 53 during the deposition of Kevin Cochrane taken on June 8, 2020 | 1052 |
| 44. | Email from B. Rogers to C. Williams and K. Cochrane attaching a letter from M. Close to C. Williams and K. Cochrane re Request for Waiver of Attorney-Client Privilege, dated October 28, 2019 | 1058 |

TABLE OF EXHIBITS
TO ROGERS DECL.
17-CV-01436 GPC DEB

| Ex. | Description | Page |
|---|---|---|
| 45. | Email from C. Williams attaching a letter from Chairman of the Pauma Band of Mission Indians to M. Close re Request for Waiver of Attorney-Client Privilege, dated November 11, 2019 | 1061 |
| 46. | Email from B. Rogers to C. Williams and K. Cochrane attaching a letter from M. Close to Chairman of the Pauma Band of Mission Indians re Response to Request for Waiver of Attorney-Client Privilege, dated November 25, 2019 | 1066 |
| 47. | Email from B. Rogers to C. Williams and K. Cochrane attaching letter from M. Close to T. McAndrews re Response to Requests for Waiver of Attorney-Client Privilege, dated December 31, 2019 | 1071 |
| 48. | W&C's Second Amended Responses to Rosette Defendants' First Set of Interrogatories, dated January 8, 2020 | 1074 |
| 49. | Email from B. Rogers to C. Williams and K. Cochrane attaching letter from M. Close to T. McAndrews re Response to Request for Waiver for Attorney-Client Privilege, dated February 19, 2020 | 1127 |
| 50. | Email from C. Williams attaching a letter from Chairman of the Pauma Band of Mission Indians to M. Close re Request for Waiver for Attorney-Client Privilege, dated February 29, 2020 | 1129 |
| 51. | Email from B. Rogers to C. Williams and K. Cochrane attaching a letter from M. Close to Chairman of the Pauma Band of Mission Indians re Response to Request for Waiver of Attorney-Client Privilege, dated March 20, 2020 | 1132 |
| 52. | Transcript of deposition of Hon. Joginder Dhillon, dated June 2, 2020 | 1135 |
| 53. | Transcript of deposition of Sara Drake, dated June 3, 2020 | 1425 |

TABLE OF EXHIBITS
TO ROGERS DECL.
17-CV-01436 GPC DEB

| Ex. | Description | Page |
|-----|-------------|------|
| 54. | Transcript of deposition of Kevin Cochrane, dated June 8, 2020 | 1549 |
| 55. | Transcript of deposition of Cheryl Williams, dated June 11, 2020 | 1935 |
| 56. | Expert Report of Lynda Shely, dated July 8, 2020 | 2287 |
| 57. | Expert Report of Bryan A. Garner, dated July 13, 2020 | 2324 |
| 58. | Expert Report of Anthony Miranda, dated July 13, 2020 | 2340 |
| 59. | Expert Report of George Forman, dated July 13, 2020 | 2437 |
| 60. | Supplement to Expert Report of Bryan A. Garner, dated July 24, 2020 | 2451 |
| 61. | Order, *Pauma v. State of California et al.*, Case No. 18-56457 (9th Cir.), dated September 2, 2020 | 2452 |
| 62. | W&C NIGA Presentation, produced in this litigation by W&C as WC8001-WC8043 and marked as Exhibit 54 during the deposition of Kevin Cochrane taken on June 8, 2020 | 2474 |
| 63. | Curriculum Vitae of Kevin Cochrane, produced in this litigation by the Rosette Defendants as ROS-0000212 and marked as Exhibit 48 during the deposition of Kevin Cochrane taken on June 8, 2020 | 2518 |
| 64. | California Gambling Control Commission, Ratified Tribal-State Gaming Compacts, as printed from | 2519 |

TABLE OF EXHIBITS
TO ROGERS DECL.
17-CV-01436 GPC DEB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Ex. | Description | Page |
|-----|-------------|------|
| | www.cgcc.ca.gov/?pageID=compacts on August 14, 2020, by my colleagues at O'Melveny. | |