# EXHIBIT 33



1100 H. STREET, N.W., SUITE 400, WASHINGTON, DC 20005
TELEPHONE (202) 652-0579 • FACSIMILE (202) 525-5261
www.rosettelaw.com

May 31, 2017

**DELIVERED VIA HAND-DELIVERY AND ELECTRONIC MAIL**

Quechan Tribe of the Fort Yuma Indian Reservation
Attn: President Keeny Escalante, Sr.
P.O. Box 1899
Yuma, Arizona 85366

    Re:   **Proposal for Legal Services**

Dear President Escalante:

    Rosette, LLP ("Rosette" or "Firm") is pleased to submit the attached proposal for outside legal services for consideration of the Quechan Tribe of the Fort Yuma Indian Reservation ("Tribe"). As set forth herein, Rosette is confident that it possesses all qualifications to serve effectively and efficiently as legal counsel to the Tribe in all facets of federal Indian law.

    By way of introduction, Rosette is a leading majority Indian-owned and operated national law firm exclusively representing tribal governments and wholly owned tribal entities with offices in Arizona, California, Michigan and Washington, D.C. We specialize in federal Indian law, complex litigation, governmental advocacy, financial transactions and representation of internal tribal government matters including Tribal Councils, Gaming Commissions, Tribal Courts, Personnel Committees, Housing and Utility Authorities and Boards, clinics and Election Boards. We aid in the administration of tribal programs and agencies such as fiscal departments, education services, housing, and cultural preservation. We procure self-determination contracts for programs such as water projects, sanitation facilities construction, health services and transportation. In addition, we work with tribal governments on constitutional development and reform, drafting tribal policies, ordinances and regulations, and developing tribal adjudicatory systems. Our goal is to promote the economic and political resources our clients require to support their communities and preserve their sovereign status.

    Since Rosette's inception, we have assembled a dynamic team of Indian attorneys committed to providing Indian tribes with the highest level of professionalism in the practice of law, with an emphasis in business transactions. Our attorneys have over 100 years' worth of combined experience practicing law in Indian Country for the benefit of our tribal clients. This tribal background guarantees our Firm's work product will be respectful of the Tribe's sovereignty and also ensures quality work product in each functional area of the law. As a full-

Exhibit 33
Page 855

CONFIDENTIAL

EXHIBIT 0070

QUECHAN

Quechan Tribe of the Fort Yuma Indian Reservation
May 31, 2017
Page 2 of 2

service law firm dedicated exclusively to representing tribal governments and tribal entities in Indian Country, we welcome this opportunity to provide high-quality and low-cost legal services to the Tribe.

  We are extremely eager for you to review the attached proposal, and we stand ready to assist you in your future endeavors. Thank you for the opportunity to be considered for this position. Should you have any questions or require further information, please do not hesitate to contact me at (480) 341-2324 or via email at cdeschene@rosettelaw.com

        Sincerely,

        ROSETTE, LLP

        *CDeschene*

        Chris Deschene

cc: Mark William White, II, Tribal Council
   Executive Secretary

Exhibit 33
Page 856

CONFIDENTIAL     QUECHAN-WC-00006990

# PROPOSAL FOR LEGAL SERVICES

As set forth in the cover letter submitted herewith, Rosette is a leading majority Indian-owned and operated national law firm representing tribal governments and tribal entities with offices in Arizona, California, Michigan and Washington, D.C. We specialize in federal Indian law, tribal economic development, tribal energy development and policy, complex litigation, governmental negotiations, financial transactions and representation of internal tribal government matters including Tribal Councils, Gaming Commissions, Tribal Courts, Personnel Committees, Housing and Utility authorities, clinics and Election Boards.

We understand that the Tribe currently utilizes outside counsel for a wide variety of matters – both at the federal and local level. Rosette believes that it possesses skills and qualifications in all facets of federal Indian law, from which the Tribe could benefit. As such, we are taking the liberty of providing Tribe with a brief overview of the many practice areas in which Rosette engages and has effectively assisted our clients, evidencing why our Firm should be selected to represent the Tribe's legal needs.

## I. Practice Areas

### Tribal Energy

Our Firm has recently acquired the capacity, skills and experience to serve tribal leaders and their communities with their energy, natural resources, environmental, and business development needs. Chris Deschene, the former Director for the Office of Indian Energy, has over 20 years of leadership and management experience to lead, develop and manage complex tribal energy projects for tribal clients and partners. With our extensive contacts and relationships, Chris' national portfolio helps strengthen our current services and compliments the leadership team we have internally. Additionally, Chris' vision and dedication to tribal sovereignty has made him a national leader in helping tribal communities, tribal businesses, and tribal and non-tribal partnerships succeed. His work includes the following: high voltage and distributive transmission, generation both renewable and conventional, oil and natural gas development, utility formation, environmental regulations and permitting, energy conservation and efficiencies, policy development, governmental affairs, federal agency representation, business development and financing. Chris understands the challenges that tribes' face with energy development; however, Chris has proven there are paths forward given the right planning and the right association of teams. With Chris as a leading partner in the Firm, we can confidently represent that the Firm has the predominant and most effective energy practice in the nation.

### Economic Development and Diversification

Our Firm assists tribal governments in the development of diverse economic enterprises to invest in infrastructure and support governmental programs. We provide advice on the formation of tribal economic development corporations and assist tribes to invest in business interests ranging from restaurants and hotels, to retail shopping centers and energy generation facilities. In recent years, a large part of our practice is focused on Ecommerce and the unique opportunities available to Indian tribes and businesses in harnessing the power of the Internet to expand their economic footprint off

reservation. We are known for out out-of- the box thinking and deep understanding of the principles of tribal sovereignty and its boundless advantages to Indian tribes and tribal businesses.

We also advise our clients in project development, competitive bidding, procurement, environmental issues and employment law. We are experienced in taxable and tax-exempt bond financing, traditional lending, lease financing, short-term obligations, letters of credit and lines of credit. We assist our clients to ensure compliance with SEC reporting deadlines and other relevant filings. We draft tribal tax codes, assist tribes to enforce tribal tax laws and advise tribes in disputes regarding collection. We also regularly assist tribes to structure businesses in order to mitigate any federal or state taxes. We have an active practice in helping tribes develop their natural resources, including oil, gas, coal and alternative energy production.

As a part of our Economic Development and Diversification practice, we are also involved in assisting tribes to identify, conduct due diligence, and secure financing for renewable energy projects. We have drafted agreements to protect our client's rights in these transactions, whether the tribe is developing the project on its own or is seeking an outside party to manage or develop the project.

<u>Internal Tribal Relations and Tribal Sovereignty</u>

Our Firm understands that protecting tribal sovereignty is essential to our clients. We actively defend tribal jurisdiction to protect tribal resources, assert arguments to advance the rights of our clients to make their own laws and be governed by them, and engage in economic development opportunities to strengthen communities and the ability of tribal governments to provide essential governmental services to its citizens.

Our Firm represents Tribal Councils, Boards, Gaming Commissions, personnel committees, housing and utility authorities, clinics, election boards, and tribal businesses. We aid in the administration of tribal programs and agencies such as fiscal departments, education services, housing, social services, human resources, tribal planning and cultural preservation. We procure self-determination contracts for programs such as water projects, sanitation facilities construction, health services and transportation. In addition, attorneys in our Firm have played a pivotal role in the development and implementation of tribal systems of justice within Indian communities.

Our attorneys also have experience in advising Tribal councils, Tribal Courts and representing tribal interests in matters internal to the tribe such as constitutional issues related to the judiciary, Indian child welfare, internal domestic relations such as divorce, child support, adoption, and other child welfare issues.

<u>Government Relations</u>

Rosette also assists tribes in building relationships with federal policymakers. In Washington, D.C., we advocate for tribal interests before all variety of federal agencies, such as the Department of the Interior, the Department of Energy, the Department of Education, Human and Health Services, the National Indian Gaming Commission, the Federal Communications Commission, and more. We assist tribes and tribal instrumentalities in advocating before federal officials to ensure that tribal sovereignty remains at the forefront of any federal Administration's agenda.

We also represent our clients' interests in Congress, regularly advocating in both the House and the Senate for tribe-specific initiatives as well as legislation affecting all of Indian Country. We

have drafted testimony for clients appearing before congressional committees, and have created a number of successful political strategies to advance tribal interests. In addition to direct advocacy, we also carefully monitor proposed legislation and regulations to assess their potential impact on tribal interests. Indeed, through our Washington, D.C. office we have strategically positioned ourselves to act as an effective liaison between tribes and government agencies and officials to advance tribal interests.

## Litigation

An important part of our practice is the representation of our clients in litigation in federal, state and tribal courts, as well as federal administrative boards and arbitration tribunals having jurisdiction over Indian affairs. On behalf of our clients, we advocate to protect our clients' rights and interests, including, but not limited to: treaty rights, assertions of tribal civil and/or criminal jurisdiction, enforcement of federal trust obligations, gaming device classification, enforcement of tribal-state compacts, assertions of tribal sovereign immunity and the protection of tribal cultural and property rights.

We work with our clients from pre-litigation counseling through all appeals to reach the result that meets our clients' objectives. We frequently direct litigation in coordination with larger firms, lending our expertise in federal Indian law and making our legal resources available to our clients. Our formula for success enables us to provide superior service and deliver the desired results.

Our Firm's representation has led to many successes and victories for our tribal clients over the years. Below are a few notable achievements:

   a. *Havasupai Tribe v. Arizona Board of Regents, et. al*

Rosette was instrumental in resolving a highly publicized dispute between the Havasupai Tribe, a tribe located at the bottom of the Grand Canyon, and the State of Arizona, in a case whereby the Tribe alleged the illegal taking of its blood and genetic material. Between approximately 1990 and 2003, representatives of Arizona State University ("ASU") conducted research at the Arizona public universities and other research institutions using the genetic information obtained from Havasupai tribal members, which was provided with the expectation that diabetes, a disease with a high prevalence in the Havasupai Community, would be studied. After inadvertently finding that the research conducted by ASU exceeded the scope of consent provided by the Tribe and its members, the Tribe and several individual tribal members filed suit against ASU and the State of Arizona for misuse of their genetic data.

After a lengthy legal battle, (which led all the way to the Supreme Court of Arizona), with an army of attorneys representing the State and fighting the Tribe every step of the way, the Tribe achieved victory in April 2010. The settlement agreement entered into between the Tribe and the State provided a monetary distribution for the individual tribal members as well as thirty years' worth of full scholarships for Havasupai tribal members to any of the three Arizona State public universities. The victorious settlement agreement also established a collaborative partnership in various areas of tribal need including health, education and economic development.

    b. *Pauma Band of Luiseno Mission Indians v. State of California, et al*

Similar to many tribes in the State of California, the Pauma Band of Luiseno Mission Indians entered into a second gaming compact with the State of California in 2004 with substantively higher fees payable to the State than the previous 1999 gaming compact, and they did so with the intent of obtaining rights to additional gaming machines and expanding their gaming operations. After recognizing that the second compact was a result of misrepresentation by the State – because the tribe already had rights to the additional machines in the 1999 compact – Rosette brought suit against the State of California and then-Governor Schwarzenegger and successfully obtained a preliminary injunction against the State, saving the tribe over $100 Million in Compact payments allegedly owed to the State.

    c. *Jicarilla Apache Nation v. United States*

Rosette was instrumental in resolving breach of trust claims brought by the Jicarilla Apache Nation against the United States. For decades, the United States mismanaged the proceeds derived from the development of the Nation's natural resources. The Nation brought suit to recover monetary damages for this breach of trust. After the case dragged through the federal courts for almost fifteen years, Rosette helped the Nation negotiate a very favorable settlement with the United States, allowing the Nation to successfully close a very difficult chapter of its dealings with the United States.

<u>Gaming</u>

Rosette is also known for its national reputation for assisting tribes in economic development and gaming under the Indian Gaming Regulatory Act (IGRA). Our enduring relationships with tribal leaders, gaming industry pioneers, federal policy makers and decision makers allow us to accomplish our clients' objectives quickly and effectively. Our goal is to promote the economic and political resources our clients require to support their communities and preserve their sovereign status.

As a routine part of our gaming practice, we negotiate and draft agreements for financing, development, construction and management of new and existing gaming facilities. We reach memorandums of understanding with local governments and successfully negotiate Class III gaming compacts with states. We draft tribal gaming ordinances, assist tribal regulatory agencies to develop regulations and minimum internal control standards and provide advice regarding procedures for licensing and background investigations for vendors and employees. We advocate on behalf of our clients before the National Indian Gaming Commission (NIGC) in matters including enforcement actions, Class II and Class III regulatory issues, and we secure tribal rights to conduct gaming on land acquired under section 20 of the IGRA.

We have successfully negotiated tribal gaming compacts in California under both the Davis and Schwarzenegger administrations, as part of the 1999, 2002, 2003 and 2005 gaming compacts. More recently, Rosette attorneys have been actively involved in Arizona's mandatory gaming compact review and negotiations as well as the compact renegotiation efforts of the 1993 Gaming Compact involving seven Michigan Indian tribes. Through active involvement in these negotiations, we have developed a keen ability in dealing with the states. We truly understand the appropriate angles and approaches to negotiating at both the state and federal levels.

Exhibit 33
Page 860

CONFIDENTIAL  QUECHAN-WC-00006994

## Banking and Finance

Our Firm is a premier law firm representing Indian tribes and enterprises in financing transactions. Our attorneys are responsible over $2 billion in financing for Indian tribes throughout the United States, including taxable and tax-exempt bond financing, traditional loans, lease financings, short-term obligations, letters and lines of credit.

Our Finance practice assists tribes in identifying and selecting finance options, structuring finance transactions and effectively negotiating around sensitive issues such as limited waivers of sovereign immunity. Through the efficient use of financial tools, we enable our clients to pursue engagements in accordance with long term economic development goals. We negotiate favorable terms, which may include large amortization periods, lower rates and beneficial covenants.

We have longstanding relationships with lenders and finance professionals who value our experience. We have successfully closed numerous complex transactions with banks and underwriters. Our firm efficiently procures tribal financing while obtaining superior terms for our clients.

Unfortunately, due to the current economic conditions, we have several clients that are facing covenant violations and other default or potential default in their finance structures, through no fault of their own. Despite the negative events, Rosette has been successful at favorably negotiating out of these violations and assisting the refinance of debt to avoid declarations of default.

## Tribal Housing

Our Firm has several years' experience navigating the strictures of the Native American Housing Assistance and Self-Determination Act of 1996, PL 104-330, ("NAHASDA") and relevant implementing regulations in all areas of tribal housing administration and management. We also have experience in assisting tribal clients in maintaining compliance with USDA Rural Development administered housing. We have developed a unique expertise in the development, drafting and implementation of occupancy and housing assistance program policies as well as landlord, tenant and housing ordinances necessary to advance the success of housing programs within tribal communities. Our Firm also understands the unique role played by tribally-designated housing entities ("TDHE") under both NAHASDA and tribal law, and frequently counsels tribal housing departments or TDHE clients on how to more effectively communicate housing needs to tribal government and federal officials. Due to our professionalism and deep understanding of issues affecting tribal communities, and, in particular, tribal housing, our Firm has experienced many successes in the representation of tribal housing departments and TDHE clients in enforcement of tribal law and policy from minor policy violations up to and including eviction matters.

## II. Client References

Below is a list of three (3) clients for whom we currently provide legal services Additional references may be provided upon request:

James Williams, Jr., Tribal Chairman
Lac Vieux Desert Band of Lake Superior Chippewa Indians
P.O. Box 249

Watersmeet, MI  49969
(906) 287-0011

Leon Reval, Legislative Council
Jicarilla Apache Nation
(575) 209-1546
Lee.reval@gmail.com

Brent McFarland, Chief Operating Officer
Lac du Flambeau Business Development Corporation
Lac de Flambeau Band of Lake Superior Chippewa Indians
P.O. Box 67
Lac de Flambeau, WI 54538
(715) 892-7527 (cell)
(715) 388-0502 (office)

-6-

Exhibit 33
Page 862

CONFIDENTIAL

QUECHAN-WC-00006996