Cheryl A. Williams (Cal. Bar No. 193532)
Kevin M. Cochrane (Cal. Bar No. 255266)
caw@williamscochrane.com
kmc@williamscochrane.com
WILLIAMS & COCHRANE, LLP
125 S. Highway 101
Solana Beach, CA 92075
Telephone: (619) 793-4809

Attorneys for Plaintiff
WILLIAMS & COCHRANE, LLP

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**WILLIAMS & COCHRANE, LLP**;

vs.

**ROBERT ROSETTE**; **ROSETTE & ASSOCIATES, PC**; **ROSETTE, LLP**; **QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION**, *a federally-recognized Indian tribe*; *and* **DOES 1 TO 100**.

Case No.: 17-CV-01436 GPC DEB

**DECLARATION OF CHERYL WILLIAMS IN SUPPORT OF WILLIAMS & COCHRANE'S: MOTION FOR SUMMARY (1) JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 56 AGAINST ROSETTE DEFENDANTS ON THIRD CLAIM FOR RELIEF IN FOURTH AMENDED COMPLAINT; (2) MOTIONS FOR SUMMARY JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 56 AGAINST QUECHAN TRIBE OF FORT YUMA INDIAN RESERVATION ON FIRST AND SECOND CLAIMS FOR RELIEF IN FOURTH AMENDED COMPLAINT AND COUNTERCLAIMS IN THE QUECHAN TRIBE'S ANSWER TO PLAINTIFF'S FOURTH AMENDED COMPLAINT AND COUNTERCLAIMS**

Date: December 4, 2020
Time: 1:30 PM
Dept: 2D
Judge: The Honorable Gonzalo P. Curiel

I, CHERYL A. WILLIAMS, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California and the United States District Court for the Southern District of California. I am a partner with the law firm of Williams & Cochrane LLP (the "Firm"), the plaintiff in this action, and also counsel for the Firm. I am competent to testify and base this declaration on personal knowledge and the records of the Firm. I submit this declaration in support of (1) Williams & Cochrane's Motion for Summary Judgment Under Federal Rule of Civil Procedure 56 Against Rosette Defendants on Third Claim for Relief in Fourth Amended Complaint; and (2) Williams & Cochrane's Motion for Summary Judgment Under Federal Rule of Civil Procedure 56 Against Quechan Tribe of Fort Yuma Indian Reservation on First and Second Claims for Relief in Fourth Amended Complaint and Counterclaims in the Quechan Tribe's Answer to Plaintiff's Fourth Amended Complaint and Counterclaims. As shown in the attached documents, I was an author or original recipient of most every document herein. For those in which my name does not appear as an author or recipient on the face of the document, I personally obtained the documents from either (1) opposing counsel or a third party during the discovery process in this action; or (2) publicly available online sources; or (3) a court or court reporter; or (4) the business records of my Firm. Wherever possible, the exhibits below include the bates number from the discovery process while also including the exhibit number and consecutive page numbering above the bates number in order to comply with Local Civil Rule 5.1 (e). In addition, documents previously filed on the docket in this action (and related or substantially similar documents) will not be filed under seal, despite their confidential designation, given that any confidentiality has been waived.

2. Attached hereto as Exhibit 1 is a true and correct copy of Expert Report of Bryan A. Garner dated July 10, 2020 with Supplement dated July 24, 2020.

3. Attached hereto as Exhibit 2 is a true and correct copy of Expert Report of George Forman dated July 13, 2020.

4. Attached hereto as Exhibit 3 is a true and correct copy of Expert Rebuttal Report of George Forman dated July 27, 2020.

5. Attached hereto as Exhibit 4 is a true and correct copy of Expert Report of Anthony Miranda dated July 13, 2020.

6. Attached hereto as Exhibit 5 is a true and correct copy of Rosette Defendants [Amended] Privilege Log dated March 3, 2020.

7. Attached hereto as Exhibit 6 is a true and correct copy of Quechan Tribe's [Amended] Privilege Log dated March 11, 2020.

8. Attached hereto as Exhibit 7 is a true and correct excerpted copy of Williams & Cochrane's First Set of Requests for Production of Documents to Defendant Robert Rosette, Rosette & Associates, PC, and Rosette LLP, dated October 10, 2019.

9. Attached hereto as Exhibit 8 is a true and correct copy of a November 15, 2020 Letter from Counsel for the Rosette Defendants Brittany Rogers to Counsel for Plaintiff Cheryl Williams.

10. Attached hereto as Exhibit 9 is a true and correct excerpted copy of Rosette Defendants' Amended Objections and Responses to Williams & Cochrane, LLP's Second Set of Requests for Admission, dated April 22, 2020.

11. Attached hereto as Exhibit 10 is a true and correct excerpted copy of the Quechan Tribe's Objections and Responses to Williams & Cochrane, LLP's Second Set of Interrogatories dated April 13, 2020.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the April 16, 2020 Transcript of Motion Hearing Before the Honorable Michael S. Berg United States Magistrate Judge, dated April 23, 2020. *See* Dkt. No. 287.

13. Attached hereto as Exhibit 12 is a true and correct copy of Declaration of Keeny Escalanti filed in this action as Docket No. 29-2 (exhibit omitted).

14. Attached hereto as Exhibit 13 is a true and correct copy of Declaration of Mark William White II filed in this action as Docket No. 29-3.

15. Attached hereto as Exhibit 14 is a true and correct copy of Declaration of

Christian Cienfuegos in Support of Rosette Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) filed in this action as Docket No. 32-2.

16. Attached hereto as Exhibit 15 is a true and correct copy of a June 28, 2017 screen capture of the website biography for Robert Rosette from www.rosettelaw.com, attached to the Fourth Amended Complaint.

17. Attached hereto as Exhibit 16 is a true and correct copy of August 24, 2016 email from Quechan Casino Resort Chief Executive Officer ("CEO") Charles Montague to President Michael Jackson regarding Pauma Lawsuit, produced in discovery in this action.

18. Attached hereto as Exhibit 17 is a true and correct copy of September 29, 2016 "Attorney-Client Fee Agreement" between Williams & Cochrane and Quechan Tribe, attached to the Fourth Amended Complaint.

19. Attached hereto as Exhibit 18 is a true and correct copy of September 29, 2016 Quechan Resolution No. "R-195-16," attached to the Fourth Amended Complaint.

20. Attached hereto as Exhibit 19 is a true and correct excerpted copy of "Tribal-State Compact between the State of California and the Quechan Indian Nation" (i.e., one of the many substantively-identical 1999 Compacts), attached to the Fourth Amended Complaint.

21. Attached hereto as Exhibit 20 is a true and correct excerpted copy of Amendment to Tribal-State Compact Between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation, executed by the parties on June 15, 2006 and June 26, 2006, attached to the Fourth Amended Complaint.

22. Attached hereto as Exhibit 21 is a true and correct copy of October 12, 2016 Letter from Cheryl Williams to California Office of the Governor's Senior Advisor for Tribal Negotiations Joe Dhillon, produced in discovery.

23. Attached hereto as Exhibit 22 is a true and correct copy of October 17, 2016 letter from the Office of the Governor's Senior Advisor for Tribal Negotiations Joe

Dhillon to Cheryl A. Williams, attached to the Fourth Amended Complaint.

24. Attached hereto as Exhibit 23 is a true and correct copy of October 25, 2016 Letter from President Michael Jackson, Sr. to Office of the Governor's Senior Advisor for Tribal Negotiations Joe Dhillon, produced in discovery.

25. Attached hereto as Exhibit 24 is a true and correct copy of December 6, 2016 draft "Tribal-State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation" from State of California (with cover email, cover letter and listed attachments), attached to the Fourth Amended Complaint.

26. Attached hereto as Exhibit 25 is a true and correct copy of January 3, 2017 Letter from the Office of the Governor's Senior Advisor for Tribal Negotiations Joe Dhillon to President Michael Jackson, Sr., produced in discovery.

27. Attached hereto as Exhibit 26 is a true and correct copy of January 10, 2017 email from Quechan Casino Resort Chief Financial Officer Phil Simons to Cheryl Williams attaching a spreadsheet detailing Quechan's "Quarterly Regulatory Payments" to the State of California pursuant to the Tribe's gaming compact, produced in discovery.

28. Attached hereto as Exhibit 27 is a true and correct copy of March 9, 2017 letter from California Gambling Control Commission ("CGCC") Executive Director Stacy Luna Baxter to President Mike Jackson, Sr., attached to the Fourth Amended Complaint.

29. Attached hereto as Exhibit 28 is a true and correct copy of April 12, 2017 letter from CGCC Executive Director Stacy Luna Baxter to the "Honorable Keeny Escalanti Sr., President Quechan Indian Nation", attached to the Fourth Amended Complaint.

30. Attached hereto as Exhibit 29 is a true and correct copy of a printout of text messages from my iPhone between myself (Cheryl Williams) and Quechan Casino Resort Chief Financial Office Phil Simons, dated January 26, 2017 and March 29, 2017, produced in discovery.

31. Attached hereto as Exhibit 30 is a true and correct copy of March 30, 2017

email from CGCC Executive Director Stacy Luna Baxter to Cheryl Williams, produced in discovery.

32. Attached hereto as Exhibit 31 is a true and correct copy of April 4, 2017 and April 21, 2017 Letters from Cheryl Williams to CGCC Executive Director Stacy Luna Baxter, produced in discovery.

33. Attached hereto as Exhibit 32 is a true and correct copy of April 18, 2017 email chain between Matt Eden and Courtney Monteiro of Sovereign Finance LLC Regarding Quechan, produced in discovery.

34. Attached hereto as Exhibit 33 is a true and correct copy of May 19, 2017 Letter from Cheryl Williams to Quechan Tribal Council, produced in discovery.

35. Attached hereto as Exhibit 34 is a true and correct copy of April 13, 2017 draft "Tribal State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation" from Williams & Cochrane LLP, produced in discovery.

36. Attached hereto as Exhibit 35 is a true and correct excerpted copy of May 12, 2017 draft "Tribal State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation" from State of California, attached to the Fourth Amended Complaint.

37. Attached hereto as Exhibit 36 is a true and correct copy of May 19, 2017 draft "Tribal State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation" from Williams & Cochrane LLP, attached to the Fourth Amended Complaint.

38. Attached hereto as Exhibit 37 is a true and correct copy of a printout of text messages from my iPhone between myself (Cheryl Williams) and Quechan Casino Resort CEO Charles Montague, dated June 15, 2017 and June 26, 2017, produced in discovery.

39. Attached hereto as Exhibit 38 is a true and correct copy of printout of text messages from my iPhone between myself (Cheryl Williams) and Quechan Vice President Virgil Smith, dated June 15, 2017 and June 26, 2017, produced in discovery.

40. Attached hereto as Exhibit 39 is a true and correct copy of June 15, 2017 email from Quechan Vice President Virgil Smith to Quechan Tribal Council regarding call from Cheryl Williams, produced in discovery.

41. Attached hereto as Exhibit 40 is a true and correct copy of June 21, 2017 draft "Tribal State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation" from Williams & Cochrane LLP, attached to the Fourth Amended Complaint.

42. Attached hereto as Exhibit 41 is a true and correct copy of June 26, 2017 letter from putative Quechan President Keeny Escalanti to Williams & Cochrane, attached to the Fourth Amended Complaint.

43. Attached hereto as Exhibit 42 is a true and correct copy of June 30, 2017 letter from putative Quechan President Keeny Escalanti to Williams & Cochrane, attached to the Fourth Amended Complaint.

44. Attached hereto as Exhibit 43 is a true and correct copy of June 27, 2017 email from Cecilia Zamora of Rosette LLP to Cheryl Williams, produced in discovery.

45. Attached hereto as Exhibit 44 is a true and correct copy of June 28, 2017 email from Cecilia Zamora of Rosette LLP to Aracely Campa de Ramirez, Capitol Director for Office of State Senator Ben Hueso 40th District, produced in discovery.

46. Attached hereto as Exhibit 45 is a true and correct copy of "Tribal-State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation", executed August 31, 2017, attached to the Fourth Amended Complaint.

47. Attached hereto as Exhibit 46 is a true and correct copy of October 4, 2017 Testimony of Keeny Escalanti, Sr. Before Senate Committee on Indian Affairs, produced in discovery.

48. Attached hereto as Exhibit 47 is a true and correct copy of a screen capture from the Facebook account of Mark William White II, aka Williem White, dated April 18, 2020, produced in discovery.

49. Attached hereto as Exhibit 48 is a true and correct excerpted copy of

October 2018 Arizona Gaming Guide (located at www.azgamingguide.com), produced in discovery.

50. Attached hereto as Exhibit 49 is a true and correct copy of April 27, 2020 to May 3, 2020 email correspondence between then Quechan Tribal Councilmember Willie White (aka Mark William White II) and Attorney Wilson Pipestem with attached May 5, 2017 Letter, produced in discovery.

51. Attached hereto as Exhibit 50 is a true and correct copy of June 1, 2017 email from Quechan Tribal Councilmember Willie White (aka Mark William White II) to Quechan Executive Secretary and Alexis Summerfield, produced in discovery.

52. Attached hereto as Exhibit 51 is a true and correct copy of June 24, 2018 email from Quechan Tribal Court Judge Claudette White to Quechan Tribal Councilmember Willie White (aka Mark William White II), produced in discovery. See https://www.quechantribe.com/departments-court.html listing Claudette White as "Associate Judge" under the listing of "Court Staff" at the bottom of the webpage.

53. Attached hereto as Exhibit 52 is a true and correct copy of screenshots from www.pipestemlaw.com, the website for attorney Wilson Pipestem's law firm.

54. Attached hereto as Exhibit 53 is a true and correct excerpted copy of Transcript of Videotaped Deposition of Robert Rosette from October 26, 2010 in *Pauma Band v. Harrah's Operating Company*, No. GIC847406 (S.D. Cal. filed May 13, 2005), produced in discovery.

55. Attached hereto as Exhibit 54 is a true and correct copy of a series of July 2011 e-mails between Robert Rosette and the State of California's then-compact negotiator Jacob Appelsmith, attached to the Fourth Amended Complaint.

56. Attached hereto as Exhibit 55 is a true and correct excerpted copy of a May 31, 2015 email from Robert Rosette to individuals associated with the Pauma Band of Mission Indians but who were not representatives of the Pauma tribal government at the time the email was sent, which was produced in discovery.

57. Attached hereto as Exhibit 56 is a true and correct copy of The Quechan

Tribe's Objections and Responses to Williams & Cochrane, LLP's First Set of Requests for Admission dated April 23, 2020.

58. Attached hereto as Exhibit 57 is a true and correct copy of a screen capture of the profile for Stephen M. Hart from the website for Lewis Roca Rothgerber Christie LLP located at www.lrrc.com.

59. Attached hereto as Exhibit 58 is a true and correct copy of Rincon's Notice of Change of Counsel of Record filed February 13, 2008 in Rincon v. Schwarzenegger, No. 04 CV 1151W WMc (S.D. Cal) and excerpted June 2, 2008 Transcript of Motion Hearing from the same action, publicly available from the court's docket.

60. Attached hereto as Exhibit 59 is a true and correct copy of two articles regarding Stephen Hart's work: (1) article screen capture from the website for Lewis Roca Rothgerber Christie LLP located at www.lrrc.com, entitled "Lewis Roca Rothgerber Christie Assists Indian Tribe in Saving $400 Million by Negotiating Innovative New Gaming Compact with State of California;" (2) article from Indian Gaming July 2015 entitled "New Mexico Gaming Compact: A New Benchmark."

61. Attached hereto as Exhibit 60 is a true and correct copy of Declaration of Stephen J. Calvacca filed on December 6, 2009 in NGV Gaming, Ltd. v. Harrah's Operating Company, No. 3:04 CV 03955 SC (N.D. Cal.), publicly available from the court's docket.

62. Attached hereto as Exhibit 61 is a true and correct copy of materials related to prior depositions of Stephen M. Hart: (1) Notice of the Deposition of Stephen M. Hart filed on May 3, 2016 in The Tohono O'odham Nation v. Ducey, et. al., No. 2:15 CV 01135 DGC (Dist. Ariz.); (2) caption page from June 22, 2016 Transcript of Deposition of Stephen Hart, Esq. in the same action; (3) caption page from May 14, 2012 Transcript of Deposition of Stephen Hart, Esq. in a related action, all publicly available on the court's docket.

63. Attached hereto as Exhibit 62 is a true and correct copy of Tohono O'odham Nation Attorney Contracts filed on October 31, 2016 in State of Arizona, et al. v. Tohono

O'odham Nation, No. 2:11 CV 00296 DGC (Dist. Az.), publicly available on the court's docket.

64. Attached hereto as Exhibit 63 is a true and correct copy of Declaration of Laura Berglan in Support of The Tohono O'Odham Nation's Motion for Attorney's Fees filed on October 31, 2016 in State of Arizona, et al. v. Tohono O'odham Nation, No. 2:11 CV 00296 DGC (Dist. Az.), publicly available on the court's docket.

65. Attached hereto as Exhibit 64 is a true and correct copy of Expert Report of Steven Hart dated July 13, 2020.

66. Attached hereto as Exhibit 65 is a true and correct excerpted copy of The Quechan Tribe's Responses and Objections to Williams & Cochrane's Second Set of Requests for Production of Documents to Defendant Quechan Tribe of the Fort Yuma Indian Reservation dated January 21, 2020.

67. Attached hereto as Exhibit 66 is a true and correct excerpted copy of The Quechan Tribe's Amended Responses and Objections to Williams & Cochrane's First Sets of Requests for Production of Documents to Defendant Quechan Tribe of the Fort Yuma Indian Reservation dated December 3, 2019.

68. Attached hereto as Exhibit 67 is a true and correct excerpted copy of the transcript of June 11, 2020 Deposition of Cheryl A. Williams, Esq. taken in this action, dated June 26, 2020.

69. Attached hereto as Exhibit 68 is a true and correct copy of a July 3, 2017 email from Cheryl Williams to Cecilia Zamora of Rosette LLP sending the last draft compact from the compact negotiations between Quechan and the State of California (attachment omitted).

70 Attached hereto as Exhibit 69 is a true and correct copy of a September 23, 2016 email from Kevin Cochrane to Quechan President Mike Jackson, Sr. with attachment.

71. I reviewed all the documents produced by Defendant Quechan Tribe during discovery in this action. I found: zero (0) emails from the following Councilmembers in

office at times during my Firm's representation of the Tribe: former President Keeny Escalanti, Sr. (the President who signed the letter terminating my Firm), Cryselle Uribe, Juliana Comet, Jordan Joaquin, Marsha Hill, Lorraine White, and James Montague. Aside from the email correspondence with my Firm, I found zero (0) emails from former President Michael Jackson, Sr. (the President in office when my Firm was hired) and former Vice President Michael Jack (who also was in office when my Firm was hired). I found two (2) emails from Vice President Virgil Smith and one (1) from Councilmember Aaron Brown: one from Vice President Virgil Smith to the rest of the Tribal Council (Exhibit 39 herein), one from Councilmember Brown to Vice President Smith, and another from Vice President Smith to Councilmember Brown. These are the *only* emails I found between Quechan Tribal Council members, two of which are dated during the period of my Firm's representation of the Tribe from late September 2016 to the end of June 2017 and one afterwards. These emails were presented as singular events in that no one responded to them and no email conversation chain ensued from them. Even emails from third parties to the Tribal Council members were very few in number and did not contain any response from the Tribal Council. They generally consisted of the following: emails from a tribal secretary primarily forwarding emails from me to the Tribal Council and emails from two Tribal employees (Quechan Casino Resort CFO Phil Simon and Quechan Casino Resort CEO Charles Montague) to the Tribal Council. I also found a handful of emails from Councilmember William White generally consisting of the following: requesting documents/asking questions of employees (e.g., Exhibit 50 herein); sending notes to himself, contacting attorney Wilson Pipestem (Exhibit 49 herein); and an email exchange initiated by tribal court Judge Claudette White (Exhibit 51 herein).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of September, 2020 at Temecula, California.

By: */s/ Cheryl A. Williams*
Cheryl A. Williams

# TABLE OF EXHIBITS TO DECLARATION OF CHERYL WILLIAMS

[Documents noted with an asterisk are redacted with unredacted versions lodged with the Court pursuant to a pending motion to seal.]

| EX. NO. | DOCUMENT | PAGE |
|---|---|---|
| 1 | Expert Report of Bryan A. Garner | 001 |
| 2 | Expert Report of George Forman | 018 |
| 3 | Expert Rebuttal Report of George Forman | 032 |
| 4 | Expert Report of Anthony Miranda | 041 |
| 5 | Rosette Defendants [Amended] Privilege Log dated March 3, 2020 | 050 |
| 6 | Quechan Tribe's [Amended] Privilege Log dated March 11, 2020 | 148 |
| 7 | Excerpted Williams & Cochrane's First Set of Requests for Production of Documents to Defendant Robert Rosette, Rosette & Associates, PC, and Rosette LLP, dated October 10, 2019 | 162 |
| 8 | November 15, 2020 Letter from Counsel for the Rosette Defendants Brittany Rogers to Counsel for Plaintiff Cheryl Williams | 165 |
| 9 | Excerpted Rosette Defendants' Amended Objections and Responses to Williams & Cochrane, LLP's Second Set of Requests for Admission, dated April 22, 2020 | 166 |
| 10 | Quechan Tribe's Objections and Responses to Williams & Cochrane, LLP's Second Set of Interrogatories dated April 13, 2020 | 173 |
| 11 | Excerpted April 16, 2020 Transcript of Motion Hearing Before the Honorable Michael S. Berg United States Magistrate Judge, dated April 23, 2020 | 188 |
| 12 | Declaration of Keeny Escalanti filed as Docket No. 29-2 (attachment omitted) | 209 |
| 13 | Declaration of Mark Williams White II filed as Docket No. 29-3 | 215 |
| 14 | Declaration of Christian Cienfuegos in Support of Rosette Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) filed as Docket No. 32-2 | 221 |

| | | |
|---|---|---|
| 15 | June 28, 2017 screen capture of the website biography for Robert Rosette | 243 |
| 16 | August 24, 2016 email from Quechan Casino Resort CEO Charles Montague to President Michael Jackson regarding Pauma Lawsuit | 248 |
| 17 | September 29, 2016 "Attorney-Client Fee Agreement" between Williams & Cochrane and Quechan Tribe | 249 |
| 18 | September 29, 2016 Quechan Resolution No. "R-195-16" | 258 |
| 19 | Excerpted "Tribal-State Compact between the State of California and the Quechan Indian Nation" (i.e., one of the many substantively-identical 1999 Compacts) | 260 |
| 20 | Excerpted "Amendment to Tribal-State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation" | 270 |
| 21 | October 12, 2016 Letter from Cheryl Williams to Office of the Governor's Senior Advisor for Tribal Negotiations Joe Dhillon | 279 |
| 22 | October 17, 2016 letter from the Office of the Governor's Senior Advisor for Tribal Negotiations Joe Dhillon to Cheryl A. Williams | 284 |
| 23 | October 25, 2016 Letter from President Michael Jackson, Sr. to Office of the Governor's Senior Advisor for Tribal Negotiations Joe Dhillon | 285 |
| 24 | December 6, 2016 draft "Tribal-State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation" from the State of California (with cover email, cover letter and attachments) | 286 |
| 25 | January 3, 2017 Letter from the Office of the Governor's Senior Advisor for Tribal Negotiations Joe Dhillon to President Michael Jackson, Sr. | 571 |
| *26 | January 10, 2017 email from Quechan Casino Resort Chief Financial Officer Phil Simons to Cheryl Williams attaching a spreadsheet detailing Quechan's "Quarterly Regulatory Payments" | 573 |
| 27 | March 9, 2017 letter from CGCC Executive Director Stacy Luna Baxter to President Mike Jackson, Sr. | 576 |
| 28 | April 12, 2017 letter from CGCC Executive Director Stacy Luna Baxter to putative President Keeny Escalanti | 579 |

| | | |
|---|---|---|
| 29 | Printout of text messages from iPhone between Cheryl Williams and Quechan Casino Resort Chief Financial Office Phil Simons, dated January 26, 2017 and March 29, 2017 | 581 |
| 30 | March 30, 2017 Email from CGCC Executive Director Stacy Luna Baxter to Cheryl Williams | 584 |
| 31 | April 4, 2017 and April 21, 2017 Letters from Cheryl Williams to CGCC Executive Director Stacy Luna Baxter | 585 |
| 32 | April 18, 2017 email chain between Matt Eden and Courtney Monteiro of Sovereign Finance LLC Regarding Quechan | 590 |
| *33 | May 19, 2017 Letter from Cheryl Williams to Quechan Tribal Council | 592 |
| 34 | April 13, 2017 draft "Tribal State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation" from Williams & Cochrane LLP | 595 |
| 35 | Excerpted May 12, 2017 draft "Tribal State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation" from State of California | 739 |
| 36 | May 19, 2017 draft "Tribal State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation" from Williams & Cochrane LLP | 744 |
| 37 | Printout of text messages from iPhone between Cheryl Williams and Quechan Casino Resort CEO Charles Montague, dated June 15, 2017 and June 26, 2017 | 892 |
| 38 | Printout of text messages from iPhone between Cheryl Williams and Quechan Vice President Virgil Smith, dated June 15, 2017 and June 26, 2017 | 894 |
| 39 | June 15, 2017 email from Quechan Vice President Virgil Smith to Quechan Tribal Council regarding call from Cheryl Williams | 895 |
| 40 | June 21, 2017 draft "Tribal State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation" from Williams & Cochrane LLP | 896 |
| 41 | June 26, 2017 letter from putative Quechan President Keeny Escalanti to Williams & Cochrane | 1049 |

| | | |
|---|---|---|
| 42 | June 30, 2017 letter from putative Quechan President Keeny Escalanti to Williams & Cochrane | 1052 |
| 43 | June 27, 2017 email from Cecilia Zamora of Rosette LLP to Cheryl Williams | 1054 |
| 44 | June 28, 2017 email from Cecilia Zamora of Rosette LLP to Aracely Campa de Ramirez, Capitol Director for Office of State Senator Ben Hueso 40th District | 1055 |
| 45 | "Tribal-State Compact between the State of California and the Quechan Tribe of the Fort Yuma Indian Reservation" (Executed August 31, 2017) | 1056 |
| 46 | October 4, 2017 Testimony of Keeny Escalanti, Sr. Before Senate Committee on Indian Affairs | 1203 |
| 47 | Screen capture from the Facebook account of Mark Williams White II, aka Williem White, dated April 18, 2020 | 1212 |
| 48 | Excerpted October 2018 Arizona Gaming Guide (located at www.azgamingguide.com) | 1217 |
| 49 | April 27, 2020 to May 3, 2020 email correspondence between then Quechan Tribal Council member Willie White and Attorney Wilson Pipestem with attached May 5, 2017 Letter | 1219 |
| 50 | June 1, 2017 email from Quechan Tribal Council member Willie White (aka Mark William White II) to Quechan Executive Secretary and Alexis Summerfield | 1223 |
| 51 | June 24, 2018 email from Quechan Tribal Court Judge Claudette White to Quechan Tribal Council member Willie White (aka Mark William White II) | 1224 |
| 52 | Screenshots from www.pipestemlaw.com, the website for attorney Wilson Pipestem's law firm | 1225 |
| 53 | Excerpted Transcript of Videotaped Deposition of Robert Rosette from October 26, 2010 in Pauma Band v. Harrah's Operating Company, No. GIC847406 (S.D. Cal. 2010) | 1227 |
| 54 | Series of July 2011 e-mails between Robert Rosette and the State of California's then-compact negotiator Jacob Appelsmith | 1240 |
| 55 | May 31, 2015 email from Robert Rosette to individuals associated with the Pauma Band of Mission Indians but who were not representatives of the Pauma tribal government at the time the email was sent | 1243 |

| | | |
|---|---|---|
| 56 | Excerpted The Quechan Tribe's Objections and Responses to Williams & Cochrane, LLP's First Set of Requests for Admission dated April 23, 2020 | 1244 |
| 57 | Screen capture of the profile for Stephen M. Hart from the website for Lewis Roca Rothgerber Christie LLP located at www.lrrc.com | 1247 |
| 58 | Rincon's Notice of Change of Counsel of Record filed February 13, 2008 in Rincon v. Schwarzenegger, No. 04 CV 1151W WMc (S.D. Cal) and excerpted June 2, 2008 Transcript of Motion Hearing from the same action | 1248 |
| 59 | (1) Article screen capture from the website for Lewis Roca Rothgerber Christie LLP located at www.lrrc.com, entitled "Lewis Roca Rothgerber Christie Assists Indian Tribe in Saving $400 Million by Negotiating Innovative New Gaming Compact with State of California;" (2) Article from Indian Gaming July 2015 entitled "New Mexico Gaming Compact: A New Benchmark." | 1255 |
| 60 | Declaration of Stephen J. Calvacca filed on December 6, 2009 in NGV Gaming, Ltd. v. Harrah's Operating Company, No. 3:04 CV 03955 SC (N.D. Cal.) | 1260 |
| 61 | (1) Notice of the Deposition of Stephen M. Hart filed on May 3, 2016 in The Tohono O'odham Nation v. Ducey, et. al., No. 2:15 CV 01135 DGC (Dist. Az.); (2) caption page from June 22, 2016 Transcript of Deposition of Stephen Hart, Esq. in the same action; (3) caption page from May 14, 2012 Transcript of Deposition of Stephen Hart, Esq. in the same action | 1263 |
| 62 | Tohono O'odham Nation Attorney Contracts filed on October 31, 2016 in State of Arizona, et al. v. Tohono O'odham Nation, No. 2:11 CV 00296 DGC (Dist. Az.) | 1268 |
| 63 | Declaration of Laura Berglan in Support of The Tohono O'Odham Nation's Motion for Attorney's Fees filed on October 31, 2016 in State of Arizona, et al. v. Tohono O'odham Nation, No. 2:11 CV 00296 DGC (Dist. Az.) | 1306 |
| 64 | Expert Report of Steven Hart dated July 13, 2020 | 1310 |
| 65 | Excerpted The Quechan Tribe's Responses and Objections to Williams & Cochrane's Second Set of Requests for Production of Documents to Defendant Quechan Tribe of the Fort Yuma Indian Reservation dated January 21, 2020 | 1341 |

| | | |
|---|---|---|
| 66 | Excerpted The Quechan Tribe's Amended Responses and Objections to Williams & Cochrane's First Sets of Requests for Production of Documents to Defendant Quechan Tribe of the Fort Yuma Indian Reservation dated December 3, 2019. | 1346 |
| 67 | Excerpted transcript of June 11, 2020 Deposition of Cheryl A. Williams, Esq. taken in this action, dated June 26, 2020 | 1349 |
| 68 | July 3, 2017 email from Cheryl Williams to Cecilia Zamora of Rosette LLP sending the last draft compact from the compact negotiations between Quechan and the State of California (attachment omitted) | 1353 |
| 69 | September 23, 2016 email from Kevin Cochrane to Quechan President Mike Jackson, Sr. with attachment | 1354 |