Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
Joshua A. Vittor (SBN 326221)
joshua.vittor@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tele: (213) 443-5374 / Fax: (213) 443-5400

*Attorneys for Defendant*
Quechan Tribe of the Fort Yuma Indian Reservation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS & COCHRANE, LLP,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ROSETTE; ROSETTE & ASSOCIATES, PC; ROSETTE, LLP; QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION, *a federally-recognized Indian tribe*; *and* DOES 1 THROUGH 100,<br><br>Defendants. | Case No.: 17-cv-01436-RSH-DEB<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND COUNTERCLAIM-PLAINTIFF QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION**<br><br>Judge: Hon. Robert S. Huie<br>Courtroom: 3B<br>Trial Date: Not Set |
| QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION, *a federally-recognized Indian tribe*,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>WILLIAMS & COCHRANE, LLP,<br><br>Counterclaim-Defendant. | |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 83.3(f), Wilmer Cutler Pickering Hall and Dorr ("WilmerHale") respectfully requests that Julia Fauzia-Whatley and Katherine Moran be withdrawn as counsel of record for Defendant and Counterclaim-Plaintiff Quechan Tribe of the Fort Yuma Indian Reservation ("Quechan"). Quechan will continue to be represented by other counsel from WilmerHale who have entered appearances in this action, and the withdrawal of Ms. Fauzia-Whatley and Ms. Moran will cause no prejudice to any party or delay in the case schedule.

It is further requested that Ms. Fauzia-Whatley and Ms. Moran's names be removed from the case docket, that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to julia.fauzia-whatley@wilmerhale.com and katie.moran@wilmerhale.com, and that Ms. Fauzia-Whatley's and Ms. Moran's names be removed from any applicable service lists.

Dated: October 11, 2022                By: */s/ Joshua A. Vittor*

Joshua A. Vittor
WILMER CUTLER PICKERING
    HALE AND DORR LLP

*Attorney for Defendant Quechan Tribe of the Fort Yuma Indian Reservation*

- 1 -

Case No. 3:17-cv-01436-RSH-DEB
MOTION TO WITHDRAW

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2022, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 11, 2022 at Los Angeles, California.

*/s / Joshua A. Vittor*
Joshua A. Vittor

- 2 -

Case No. 3:17-cv-01436-RSH-DEB
CERTIFICATE OF SERVICE