Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
Joshua A. Vittor (SBN 326221)
joshua.vittor@wilmerhale.com
Gemma N. Bateman (SBN 329471)
W1LMER CUTLER PICKERING
 HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tele: (213) 443-5374 / Fax: (213) 443-5400

*Attorneys for Defendant*
Quechan Tribe of the Fort Yuma Indian Reservation

[Additional Counsel on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS & COCHRANE, LLP,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ROSETTE; ROSETTE & ASSOCIATES, PC; ROSETTE, LLP; QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION, *a federally-recognized Indian tribe*; *and* DOES 1 THROUGH 100,<br><br>Defendants. | Case No.: 17-cv-01436-RSH-DEB<br><br>**JOINT MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)**<br><br>Judge: Hon. Daniel E. Butcher<br>Courtroom: 2B<br>Trial Date: Not Set |
| QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION, *a federally-recognized Indian tribe*,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>WILLIAMS & COCHRANE, LLP,<br><br>Counterclaim-Defendant. | |

On November 16, 2022, after a settlement conference before Judge Butcher, Plaintiff and Counterclaim-Defendant Williams & Cochrane, LLP ("W&C") and Defendant and Counterclaim-Plaintiff the Quechan Tribe of the Fort Yuma Indian Reservation ("Quechan") (collectively, with W&C, the "Parties") agreed to the material terms of a settlement resolving the claims between the Parties. *See* ECF No. 384. The Parties subsequently executed a confidential written settlement agreement ("Agreement"). As set forth in that Agreement, the Parties hereby respectfully request that the Court, specifically Magistrate Judge Daniel E. Butcher should his schedule and availability permit, retain jurisdiction over this case for the purpose of resolving any dispute between the Parties with respect to enforcement of the terms of the Agreement pursuant to its supplementary jurisdiction and the "court's power to protect its proceedings and vindicate its authority. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 380 (1994). Pursuant to the Agreement and Federal Rule of Civil Procedure 41(a), the Parties hereby stipulate to and jointly move for voluntary dismissal, with prejudice, of all claims brought by W&C against Quechan and all counterclaims brought by Quechan against W&C.[1]

Respectfully submitted,

Dated: December 30, 2022
By: */s/ Cheryl A. Williams*
Cheryl A. Williams
Kevin M. Cochrane
WILLIAMS & COCHRANE LLP

*Attorneys for Plaintiff Williams & Cochrane, LLP*

---

[1] Included within the scope of the Parties' settlement are all claims previously alleged by the Parties against each other that have been adjudicated by the Court, such that the Parties' settlement includes the release of such claims and covenants not to pursue any appeals of the dismissal of the Parties' claims against each other in this action.

- 1 -

Dated: December 30, 2022           By: /s/ Joshua A. Vittor

Joshua A. Vittor
WILMER CUTLER PICKERING
  HALE AND DORR LLP

*Attorney for Defendant Quechan Tribe of the Fort Yuma Indian Reservation*

## SIGNATURE ATTESTATION

Pursuant to Section 2(f)(4) of the Court's CM/ECF Administrative Policies, I certify that I have obtained the authorization from the other signatories to file this document and that all signatories have authorized placement of their electronic signature on this document.

Dated: December 30, 2022           /s / Cheryl A. Williams
                                   Cheryl A. Williams