MATTHEW W. CLOSE (S.B. #188570)
mclose@omm.com
BRITTANY ROGERS (S.B. #274432)
brogers@omm.com
KATE STUTZ (S.B. #313431)
kstutz@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for the Rosette Defendants

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS & COCHRANE, LLP,<br><br>        Plaintiff,<br><br>    v.<br><br>QUECHAN TRIBE OF THE FORT YUMA INDIAN RESERVATION, a federally-recognized Indian tribe; SHARON ROSETTE; ROSETTE & ASSOCIATES, PC; and ROSETTE, LLP,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 17-CV-01436 RSH DEB<br><br>**MEMORANDUM IN SUPPORT OF ROSETTE DEFENDANTS' BILL OF COSTS**<br><br>Date:      February 21, 2023<br>Time:     11:00 a.m.<br>Location:  Clerk of the Court<br>              333 West Broadway,<br>              Suite 420<br>              San Diego, CA 92101<br><br>[Filed concurrently with: Notice of Hearing; Bill of Costs; Declaration of Brittany Rogers] |

## I. INTRODUCTION

On September 27, 2022, the Court granted the Motion for Summary Judgment of Defendants Robert A. Rosette, Rosette & Associates, PC, and Rosette, LLP[1] and denied Plaintiff Williams & Cochrane, LLP's ("W&C") Motion for Summary Judgment. (Dkt. No. 375.)[2] On January 5, 2023, the Court granted Sharon Rosette's Motion to Substitute, replacing former defendant Mr. Rosette following his death. (Dkt. No. 392.) On January 23, 2023, the Clerk of the United States District Court for the Southern District of California entered final judgment in favor of the Rosette Defendants. (Dkt. No. 398.)

As the prevailing party, the Rosette Defendants are entitled to recover their costs. Pursuant to 28 U.S.C. § 1920, Rule 54(d)(1) of the Federal Rules of Civil Procedure, and Civil Local Rule 54.1, the Rosette Defendants respectfully request that the Court award them the costs they incurred in defending this case in the amount of **$13,292.78**, as detailed in the Bill of Costs and the Declaration of Brittany Rogers ("Rogers Decl.") and supporting exhibits, filed concurrently herewith.

## II. APPLICATION FOR AWARD OF COSTS

Pursuant to Civil Local Rule 54.1, the Rosette Defendants seek costs relating to fees for service of process, CivLR 54.1(b)(1); depositions, CivLR 54.1(b)(3); witness fees, CivLR 54.1(b)(4); and exemplification and copies of papers, CivLR 54.1(b)(6).

### A. Fees for Service of Process

The Rosette Defendants are entitled to recover costs for service of subpoenas. CivLR 54.1(b)(1) ("Costs for service of subpoenas are taxable"). The Rosette

---

[1] Sharon Rosette (now substituted in place of Robert A. Rosette), Rosette & Associates, PC, and Rosette, LLP are collectively referred to herein as the "Rosette Defendants."

[2] The Court previously granted or granted in part several motions to dismiss filed by the Rosette Defendants. (Dkt. Nos. 89, 172, 217.)

Defendants seek costs for service of process fees in the amount of **$1,135.00**. (Rogers Decl. ¶ 7, Ex. A.)

### B. Depositions

The fees for "an original and one copy of any deposition (including videotaped depositions) necessarily obtained for use in the case" are taxable. CivLR 54.1(b)(3)(a). "Depositions need not be introduced in evidence or used at trial to be taxable so long as at the time the deposition was taken it could reasonably be expected that the deposition would be used for trial preparation, rather than mere discovery." *Id.* Also, the "cost of electronic versions is recoverable." CivLR 54.1(b)(3)(b).

The Rosette Defendants seek recoverable costs incurred for transcripts of depositions taken in the above-captioned matter, totaling $**8,985.69**. (Rogers Decl. ¶ 8, Ex. B.) The deposition transcripts were necessarily obtained for use in the Rosette Defendants' affirmative summary judgment briefing, the Rosette Defendants' opposition to W&C's summary judgment motion, and in connection with the Rosette Defendants' *Daubert* motion concerning W&C's expert witnesses. (*Id.*) The Rosette Defendants do not seek costs for rough ASCII, Realtime, exhibits, expedited delivery, or videotapes of depositions. (*Id.*)

### C. Witness Fees

The Court is authorized to reimburse fees paid to witnesses for "[p]er diem, mileage, subsistence and attendance fees as provided in 28 U.S.C. § 1821 paid to witnesses subpoenaed . . . , if the witness is served with the subpoena within California or as otherwise authorized by Fed. R. Civ. P. 45(b)(2)." CivLR 54.1(b)(4). The Rosette Defendants seek witness fees in the amount of $**40.00**. (Rogers Decl. ¶ 9, Ex. C.)

### D. Exemplifications and Copies of Papers

The "cost of copies necessarily obtained for use in the case are taxable if . . .

copies were provided either to the Court or to opposing counsel either by court order, or rule or statute." CivLR 54.1(b)(6). The Rosette Defendants seek costs for the submission of courtesy copies of filings to the Court as required by Section 2(e) of the Electronic Case Filing Administrative Policies and Procedures and the Civil Chambers Rules of the Honorable Gonzalo P. Curiel, Todd W. Robinson, Mitchell D. Dembin, and Daniel E. Butcher. The Rosette Defendants seek copying costs in the amount of **$3,132.09**. (Rogers Decl. ¶ 10, Ex. D.)

### III. CONCLUSION

The Rosette Defendants respectfully request that the Court award them costs in the amount of **$13,292.78**.

Dated: February 6, 2023

Respectfully Submitted,

By: /s/ *Brittany Rogers*
      Brittany Rogers

Attorneys for the Rosette Defendants
Email: brogers@omm.com